**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

DAWN WOOTEN,                                :
                                            :
    **Plaintiff,**                    :
                                            :
    v.                               :          **CASE NO:  7:22-cv-148 (WLS)**
                                            :
LASALLE CORRECTIONS, *et al.*,              :
                                            :
    **Defendants.**                  :
_____             :

## ORDER

Before the Court is the Motion for Leave to Exceed Page Limitation in LaSalle Southeast, LLC's Memorandum in Support of Rule 12(b)(4), 12(b)(5) and 12(b)(6) Motion to Dismiss (Doc. 19) ("Motion") filed by Defendant, LaSalle Southeast, LLC ("LaSalle"). Therein LaSalle requests leave pursuant to Local Rule 7.4 to exceed, by ten pages, the Court's page limitation in its memorandum brief in support of its Motion to Dismiss due to be filed on April 6, 2023 pursuant to the Court's Order (Doc. 8). LaSalle represents that the Plaintiff's counsel has been consulted and has no objection to the Motion. The Court, having reviewed the motion and being fully advised, hereby finds that the Motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED**, that the Motion (Doc. 19) is **GRANTED**. LaSalle is granted leave to file a thirty (30) page memorandum brief in support of its Motion to Dismiss.

**SO ORDERED**, this 5th day of April 2023.

                                           **/s/ W. Louis Sands**_____
                                         **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1