**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

DAWN WOOTEN,                          :
                                      :
     **Plaintiff,**                    :
                                      :
     v.                               :          **CASE NO:  7:22-cv-148 (WLS)**
                                      :
LASALLE CORRECTIONS, *et al.*,        :
                                      :
     **Defendants.**                   :
_____       :

## <u>ORDER</u>

Before the Court is the Joint Motion for Extension of Defendants' Time to Respond to Plaintiff's Complaint in Equity for First Amendment Retaliation (Doc. 21) ("Joint Motion"), in which the Parties request a ninety day (90) extension of time up to and including July 5, 2023, for Defendants to file their answer or to otherwise respond to the Complaint. The Parties state that Plaintiff requests that the Parties mediate her claims in this case along with Plaintiff's OIG whistleblower claims through the OIG administrative process. Defendants state they have not consented to the OIG mediation.

Counsel for Plaintiff has represented that if the proposed OIG mediation is successful, resolution of the whistleblower claims will resolve the instant litigation. Counsel for Plaintiff has likewise represented that if the OIG mediation is not successful, Plaintiff will seek the addition of the OIG whistleblower claim to the claims already alleged by Plaintiff in this action.

To avoid potentially unnecessary or duplicative briefing, Plaintiff and Defendants have agreed to a ninety (90) day extension of Defendants' deadline to answer or respond to the Complaint, as this matter may be either resolved by the OIG mediation or Plaintiff may seek to add claims to this litigation following mediation.

Based on the foregoing, the Court finds that the Joint Motion (Doc. 21) is well taken, should be, and hereby is **GRANTED IN PART**, as follows:

1.     On or before Monday, April 17, 2023, Defendants shall file a status report advising the Court whether they consent to the OIG mediation or such other mediation as is

1

mutually agreeable to the Parties. If Defendants consent to mediation, Defendants shall have up to and including Wednesday, July 5, 2023, to file an answer or such other responsive pleadings as may be appropriate to the Complaint.[1]

2.      In the event Defendants choose not to mediate this matter, they shall have up to and including Thursday, April 20, 2023, to file an answer or such other responsive pleadings as may be appropriate to the Complaint or timely written request for an appropriate extension upon a showing of good cause.

**SO ORDERED**, this 12th day of April 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] The Court acknowledges that Defendants have the right to choose whether or not to mediate their case. By requiring the status report, the Court is merely ensuring that this case stays on track and is not unnecessarily delayed if the Parties do not agree to mediate.

2