**DO NOT SEND PAYMENT WITH YOUR PETITION! ONCE ADMITTED, YOU MUST PAY FEES BY CREDIT CARD VIA CM/ECF.**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**

PETITION FOR ADMISSION TO PLEAD AND PRACTICE *PRO HAC VICE*

The Petition of THAD M. GUYER respectfully shows that petitioner is now a member in good standing of the State Bar of OREGON, as evidenced by State Bar Number 821443 and is a member in good standing of a U.S. District Court as evidenced by the attached Certificate of Good Standing from the U. S. District Court where he/she is admitted to Practice. Wherefore, petitioner, after taking the below Oath of Admission, prays that he/she be admitted as an Attorney, Solicitor, and Proctor to plead and practice pro hac vice in the United States District Court for the Middle District of Georgia for case number 7:22-cv-00148-WLS to represent DAWN WOOTEN.

(name of plaintiff/defendant)

OATH ON ADMISSION *(PRO HAC VICE)*

I, THAD M. GUYER, do solemnly swear, that as an attorney and as a counselor of this Court for the above said case, I will conduct myself uprightly and according to law, and that I will support the Constitution of the United States of America. I further affirm that I have read the Standards of Conduct set forth in the Preamble to this district's Local Rules, and I will strive to comply with these standards in my practice before this Court.

ELECTRONIC FILING:

* Upon admission to plead and practice pro hac vice, I understand that I will be registered to file electronically in the Middle District of Georgia. The password issued by the court combined with the login serves as and constitutes a legal signature. Registration as a user constitutes (a) consent to receive notice electronically where notice is required by statute or rule and waiver of notice by any other means; and (b) consent to electronic service and waiver of service by any other means, except for original process.

DATE: 24 MAR 2023

FULL SIGNATURE OF PETITIONER

TM GUYER AND AYERS & FRIENDS PC
LAW FIRM ADDRESS (Street or P.O. Box)

MEDFORD, OR 97501
CITY, STATE & ZIP CODE TELEPHONE #

THAD@GUYERAYERS.COM
EMAIL ADDRESS (Required)

NUMBER OF CASES I APPEARED PRO HAC VICE IN THE U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA IN THE *LAST 12 MONTHS:* 0

=====================================================================================

ORDER

IT IS ORDERED that Petitioner is hereby admitted to plead and practice pro hac vice as Attorney, Solicitor, Counselor, and Proctor.

DATE: 04/14/2023

s/ David W. Bunt
DAVID W. BUNT
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

## CERTIFICATE OF GOOD STANDING

I, Melissa Aubin, Clerk of the United States District Court for the District of Oregon,

DO HEREBY CERTIFY

***Thad M. Guyer***

was duly admitted to practice in this Court and is in good standing as a member of the bar.

Dated at Portland, Oregon, on December 28, 2022.

MELISSA AUBIN
Clerk of Court

By: ______________________________
Elizabeth Potter
Attorney Admissions Clerk

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

## CERTIFICATE OF GOOD STANDING

I, Melissa Aubin, Clerk of the United States District Court for the District of Oregon,

DO HEREBY CERTIFY

***Thad M. Guyer***

was duly admitted to practice in this Court and is in good standing as a member of the bar.

Dated at Portland, Oregon, on March 24, 2023.

MELISSA AUBIN
Clerk of Court

By:
Elizabeth Potter
Attorney Admissions Clerk