**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

DAWN WOOTEN,                                      :
                                                 :
      Plaintiff,                                :
                                                 :
  v.                                       :    CASE NO:  7:22-cv-148 (WLS)
                                                 :
LASALLE CORRECTIONS, *et al.*,                   :
                                                 :
      Defendants.                               :
_____                  :

## ORDER

By the Court's Order (Doc. 23), the Court granted in part the Parties' Joint Motion for Extension of Defendants' Time to Respond to Plaintiff's Complaint in Equity for First Amendment Retaliation (Doc. 21) ("Extension Motion") and required Defendants file a status report clarifying whether they consented to Plaintiff's request for mediation. On April 17, 2023, Defendants filed the status report (Doc. 27) stating that they consent to the Plaintiff's request to the OIG mediation, or such other mediation to be agreed upon by the Parties.

Accordingly, and for the purpose of ensuring the clarity of the record, the Court finds that its Order (Doc. 23) shall be and hereby is **AMENDED** and that the Extension Motion should be, and hereby is **GRANTED**.  Defendants shall have up to and including Wednesday, July 5, 2023, to file an answer or such other responsive pleadings as may be appropriate to the Complaint.

**SO ORDERED**, this 20th day of April 2023.


                    **/s/W. Louis Sands**
                    **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1