**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

DAWN WOOTEN,                                :
                                            :
      Plaintiff,                       :
                                            :
    v.                                     :          CASE NO:  7:22-cv-148 (WLS)
                                            :
LASALLE CORRECTIONS, *et al.*,              :
                                            :
      Defendants.                      :
_____         :

## ORDER

Presently before the Court is the Parties' Second Joint Motion for an Extension of Time to File Responsive Pleadings which was filed on June 30, 2023. (Doc. 29.) Therein, the Parties request that this Court extend the deadline for Defendants to file their answer or to otherwise respond to the Complaint (Doc. 1) from July 5, 2023 (Doc. 28) to August 3, 2023. (Doc. 29.) The reason that a second extension is required is that Plaintiff is scheduled to mediate her whistleblower complaint with the Department of Homeland Security and Office of the Inspector General on July 27, 2023. (Doc. 29.) The Parties anticipate that the resolution of the claims brought in that whistleblower complaint will also probably resolve some of the claims made in the instant litigation. (*Id.*) In the alternative, if that mediation is unsuccessful, Plaintiff states that she will seek the consolidate the claims made in that whistleblower complaint with the instant lawsuit. (*Id.*)

For good cause shown, the Parties Second Joint Motion for an Extension of Time to File Responsive Pleadings (Doc. 29) is **GRANTED**. It is hereby **ORDERED** that the

1

deadline for Defendants to file their answer or otherwise respond to Plaintiff's Complaint is

**EXTENDED** up to and including August 3, 2023.

**SO ORDERED**, this 3rd day of July 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2