**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

DAWN WOOTEN,                              :
                                         :
      **Plaintiff,**                        :
                                         :
      v.                                   :      **CASE NO:  7:22-cv-148 (WLS)**
                                         :
                                         :
LASALLE CORRECTIONS, *et al.*,           :
                                         :
      **Defendants.**                       :
_____  :

## ORDER

Before the Court is the Plaintiff's Unopposed Motion to Enlarge Time to Respond to Defendants' Motions to Dismiss (Doc. 35) ("Motion"), in which the Plaintiff requests an eighteen day (18) extension of time up to and including September 11, 2023, for her to respond to four motions to dismiss (Docs. 31, 32, 33, 34) filed by the Defendants. Plaintiff's lead counsel has been in the process of moving from Belgrade Serbia to Panama City Panama and needs additional time to complete the responses to the motions to dismiss. Plaintiff's counsel represents that counsel for all Defendants consent to the Motion.

Accordingly, the Court finds that the Motion (Doc. 35) is well taken, should be, and hereby is **GRANTED**. Plaintiff's responses to Defendants' motions to dismiss (Docs. 31, 32, 33, 34) shall be filed on or before **Monday, September 11, 2023**.

**SO ORDERED**, this 18th day of August 2023.

                            **/s/W. Louis Sands**
                            **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**