**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

DAWN WOOTEN.,                                    :
                                                 :
    Plaintiff,                  :
                                                 :
v.                                               :         CASE NO.: 7:22-CV-00148 (WLS)
                                                 :
LA SALLE CORRECTIONS, *et al.*,                  :
                                                 :
    Defendants.                 :
                                                 :

<u>**ORDER**</u>

**I.   Introduction**

Before the Court is Plaintiff's Second Unopposed Motion (Doc. 39) to Enlarge Time to Respond to Defendants' Motion to Dismiss ("Plaintiff's Motion") and Defendants' Unopposed Motion (Doc. 40) for Extension of Time to Respond to Plaintiff's Amended Complaint ("Defendants' Motion"). The motions are **GRANTED** for the reasons discussed below. The Court will address each in turn.

**II.  Plaintiff's Second Unopposed Motion to Enlarge Time to Respond to Defendant's Motion to Dismiss**

Plaintiff's Motion filed on September 5, 2023, requests a seven (7) day extension to respond to four motions to dismiss filed by Defendants. (*See* Docs. 31, 32, 33 & 34). The Court notes that this is Plaintiff's second request for an extension of time to respond to Defendants' motions to dismiss. The Court granted Plaintiff's first motion for extension of time to respond to Defendants" motions to dismiss on August 18, 2023, extending the deadline to file a response to Monday, September 11, 2023. (Doc. 36).

Plaintiff's lead attorney has been assisting his law partner, Stephani L. Ayers, in a related case. *Amin v. NBCU*, Nos. 7:23-mc-0002-HL (S.D. Ga.) and 5:21-cv-00056 (S.D. Ga.). In *Amin*, Dr. Amin's lawyers will depose Ms. Wooten's former attorney. (Doc. 39). The deposition requires substantial preparation to ensure the protection of Ms. Wooten's attorney-client privilege. Ms. Ayers' property was threatened by Hurrican Idalia requiring her to suspend

1

work on the deposition, leaving the preparation for the *Amin* deposition to Plaintiff's lead attorney.

Under Local Rule 6.2, in civil cases, the Clerk of the court and his deputies are authorized to permit extensions of time for filing a brief, but no more than one such extension may be granted. M.D. Ga. R. 6.2. A party must obtain the permission of the Court for any additional extensions for the same brief. *Id.* To request an additional extension, a party must file a written motion no later than five (5) days before the expiration of the previous extension stating why an additional extension is needed. *Id.*

Here, the deadline for Plaintiff to file a response was previously extended to Monday, September 11, 2023. (Doc. 36). Plaintiff's instant Motion (Doc. 39) was filed on September 5, 2023. Accordingly, Plaintiff's motion is timely. Thus, for good cause shown, the Court shall extend the deadline for Plaintiff to file a response to **Monday, September 18, 2023**. Plaintiff's Motion is, therefore, **GRANTED**.

## III.    Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Amended Complaint

Defendant's Motion (Doc. 40), filed on September 5, 2023, requests a thirty (30) day extension to file responsive pleadings to Plaintiff's Amended Complaint. (Doc. 38). Plaintiff filed her Amended Complaint on August 25, 2023. Defendants assert that the Amended Complaint contains an additional eleven (11) pages of facts and claims which require additional time to respond to. (Doc. 40, at ¶ 5).

Under Local Rule 6.1, any extension of time to file an answer to an amended complaint may be done by written, filed stipulation of counsel not to exceed more than thirty (30) days by stipulation. Defendants have, instead, filed the instant Motion (Doc. 40). Because Defendants were entitled to an extension of time of not more than thirty (30) days by stipulation, and Plaintiff's Counsel does not object, the Court will extend the deadline to respond to Plaintiff's Amended Complaint by thirty (30) days.

Thus, the Court shall extend the deadline for Defendants to respond to Plaintiff's Complaint to **Saturday, October 7, 2023**. Defendants' Motion is, therefore, **GRANTED.**

**IV.    Conclusion**

In sum, Plaintiff's Second Unopposed Motion (Doc. 39) to Enlarge Time to Respond to Defendants' Motion to Dismiss and Defendants' Unopposed Motion (Doc. 40) for Extension of Time to Respond to Plaintiff's Amended Complaint are **GRANTED**.

**SO ORDERED**, this 11th day of September, 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**