IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **DAWN WOOTEN,** : | |
| : | |
| **Plaintiff,** : | |
| v. : | |
| : | **CASE NO: 7:22-cv-148 (WLS)** |
| **LASALLE CORRECTIONS,** *et al.*, : | |
| : | |
| **Defendants.** : | |
| _____ | |

### ORDER

Pending before the Court are motions to dismiss (Docs. 31, 32, 33, & 34) (collectively the "Motions to Dismiss") filed by the Defendants, LaSalle Southeast LLC ("LaSalle SE"), LaSalle Corrections ("Corrections"), LaSalle Management Company, L.L.C. ("Management), Irwin County Detention Center ("ICDC"), and David Paulk ("Paulk" and together with LaSalle SE, Corrections, Management, and ICDC, the "Defendants"). On August 24, 2023, Plaintiff filed a First Amended Complaint for First Amendment and Statutory Retaliation (Doc. 38) ("Amended Complaint'). As such, the Court finds the Defendants Motions to Dismiss should be denied as moot.

On October 10, 2023, Defendants LaSalle SE, Corrections, Management and Paulk filed a Partial Motion to Dismiss Pursuant to Rule 12(b)(6) (Doc. 46) ("12b6 Motion"). The Defendants may file a new motion replacing the 12b6 Motion and including such portions of the denied Motions to Dismiss that they desire the Court to consider. For clarification, any portion of the Motions to Dismiss not included in a new motion replacing the 12b6 Motion will not be considered by the Court.

Accordingly, the Court **DENIES**, **AS MOOT** and **WITHOUT PREJUDICE**, the Defendants' Motions to Dismiss (Docs. 31, 32, 33 & 34).

**SO ORDERED**, this 17th day of October 2023.

　　　　　　　　　　　　　　　　　　/s/ W. Louis Sands
　　　　　　　　　　　　　　　　　　**W. LOUIS SANDS, SR. JUDGE**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**