IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **DAWN WOOTEN,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : **CASE NO: 7:22-cv-148 (WLS)** <br> **LASALLE CORRECTIONS,** *et al.*, : <br> : <br> **Defendants.** : <br> _____ : | |

**ORDER**

Before the Court is the Joint Stipulation for Leave to File Second Amended Complaint and Set Defendants' Time to Respond (Doc. 53) ("Stipulation"). Therein, as suggested[1] by the Court in an Order (Doc. 52) entered November 3, 2023, the Parties state that they have conferred and agree to stipulate to the filing of a Second Amended Complaint for First Amendment and Statutory Retaliation ("Second Amended Complaint") (attached to the Stipulation as Exhibit 1). The Parties request that the November 16, 2023 deadline for the Defendants to refile motions to dismiss be stayed and propose to set December 8, 2023, as the deadline for Defendants to file responsive pleadings to the Second Amended Complaint. The Court finds the requests in the Stipulation to be well-taken.

Accordingly, it is hereby, **ORDERED** that:

1. Plaintiff shall immediately file the Second Amended Complaint.
2. The deadline for Defendants to refile motions to dismiss or otherwise respond to the Second Amended Complaint shall be December 8, 2023,

**SO ORDERED**, this 16th day of November 2023.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] The Parties state that the Court "instructed" them to confer and submit a joint motion to amend the Amended Complaint. (Doc. 53 ¶ 6.) For clarification purposes, in denying the Defendants' motion for judgment on the pleadings under Rule 54, the Court proposed that "[i]n the event Plaintiff desires to dismiss Defendants or claims from her Amended Complaint, . . . in a show of professionalism and courtesy among themselves and to the Court, the Parties are *encouraged* to confer and submit a joint motion to amend the Amended Complaint." (Doc. 52 at 2-3 (emphasis added).) The Court appreciates the Parties working together to resolve these issues.