**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

DAWN WOOTEN,                          :
                                     :
         Plaintiff,                   :
                                     :
    v.                                :         CASE NO:  7:22-cv-148 (WLS)
                                     :
LASALLE CORRECTIONS, *et al.*,        :
                                     :
         Defendants.                  :
_____      :

## ORDER

Before the Court is the Plaintiff's Third Unopposed Motion to Enlarge Time to Respond to Defendants' Renewed Motions to Dismiss ("Motion") (Doc. 61), in which the Plaintiff requests a seven-day (7) extension of time up to and including, February 2, 2024, for her to respond to two motions to dismiss (Docs. 56 & 57) filed by the Defendants. The extension of time is sought due to family obligations of Plaintiff's lead counsel, Thad M. Guyer, as expressed in the Motion. Plaintiff's counsel represents that counsel for all Defendants consent to the Motion.

Accordingly, the Court finds that the Motion (Doc. 61) is well taken, should be, and hereby is **GRANTED**. Plaintiff's responses to Defendants' motions to dismiss (Docs. 56 & 57) shall be filed on or before **Friday, February 2, 2024**.

**SO ORDERED**, this 29th day of January 2024.

                                    **/s/W. Louis Sands**_____
                                    **W. LOUIS SANDS, SR. JUDGE
                                    UNITED STATES DISTRICT COURT**

1