**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

DAWN WOOTEN,                                     :
                                                 :
        Plaintiff,                               :
                                                 :
    v.                                           :        CASE NO:  7:22-cv-148 (WLS)
                                                 :
LASALLE CORRECTIONS, *et al.*,                   :
                                                 :
        Defendants.                              :
_____                :

## ORDER

Before the Court is the Plaintiff's Fourth Unopposed Motion to Enlarge Time to Respond to Defendants' Renewed Motions to Dismiss ("Motion") (Doc. 63) filed on February 2, 2024. Therein, Plaintiff requests a three-day (3) extension of time up to and including, February 5, 2024, for her to respond to two motions to dismiss (Docs. 56 & 57) filed by the Defendants. The extension of time is sought because of the ongoing family obligations of Plaintiff's lead counsel, Thad M. Guyer, as expressed in the Motion. Plaintiff's counsel represents that counsel for all Defendants consent to the Motion.

Accordingly, the Court finds that the Motion (Doc. 63) is well taken, should be, and hereby is **GRANTED NUNC PRO TUNC** to February 2, 2024. Plaintiff's responses to Defendants' motions to dismiss (Docs. 56 & 57) shall be filed on or before **Friday, February 5, 2024**.

**SO ORDERED**, this 7th day of February 2024.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1