**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **DAWN WOOTEN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CASE NO:  7:22-cv-148 (WLS)** |
| | : | |
| | : | |
| **LASALLE CORRECTIONS,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

## ORDER

Before the Court is the Consent Motion for Extension of Time to File Replies (Doc. 66) ("Motion") filed on behalf of LaSalle Management Company, L.L.C., LaSalle Southeast, LLC, and David Paulk (collectively "Moving Defendants"). Therein, the Moving Defendants request an extension of time to file their replies to Plaintiff's responses to their motions to dismiss. (*See* Docs. 56, 64 & 57, 65.) The replies are currently due February 19, 2024, and the Moving Defendants request an extension to and including March 4, 2024. The request is necessary because lead counsel for the Moving Defendants is out of the office on Family and Medical Leave and is not expected to return to work until early March 2024. Moving Defendants' counsel represents that counsel for the Plaintiff consents to the Motion.

Accordingly, the Court finds that the Motion (Doc. 66) is well taken, should be, and hereby is **GRANTED**. Moving Defendants' replies to Plaintiff's responses to their motions to dismiss shall be filed on or before **Monday, March 4, 2024**.

**SO ORDERED**, this 7th day of February 2024.

**/s/ W. Louis Sands**

**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1