**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

**DAWN WOOTEN,**

    *Plaintiff,*

**VS.**                             **CIVIL ACTION NO. 7:22-cv-00148-WLS**

**LASALLE MANAGEMENT COMPANY,**
**L.L.C, LASALLE SOUTHEAST, LLC,**
and **DAVID PAULK,** an individual,

    *Defendants.*

---

### DEFENDANT LASALLE MANAGEMENT COMPANY, L.L.C.'S
### MOTION FOR PROTECTIVE ORDER

---

**COMES NOW**, Defendant, LASALLE MANAGEMENT COMPANY, L.L.C. ("LaSalle Management"), specially appearing to respectfully move this Honorable Court to issue an order specifically limiting the taking of discovery to jurisdictional subject matter during the limited jurisdictional discovery ordered by the Court in its Order of September 10, 2024. [Doc. 71]. Discovery beyond this limitation would not only be oppressive and unduly burdensome on LaSalle Management, it would also amount to an attempt to inappropriately engage in discovery into the merits of the case with a defendant that is currently appearing solely for the purposes of contesting this Court's jurisdiction over it. *See* [Doc. 69]. Plaintiff has indicated that she intends to engage in full discovery at this point, and so there exists good cause to support this Motion because the parties require clarification of the Court's previous Order.

For the reasons set forth in its *Memorandum in Support of Motion for Protective Order*, filed contemporaneously herewith, Defendant LaSalle Management Company, L.L.C.,

respectfully requests that this Court enter a protective order limiting the scope of discovery to jurisdictional issues, and for other and further relief as this Court deems just and proper.

THIS, the 24th day of October, 2024.

Respectfully submitted,

**LASALLE MANAGEMENT COMPANY, L.L.C.**

By:   *s/ Magdalen B. Bickford*
      Magdalen B. Bickford
      One of its Attorneys

**OF COUNSEL:**

DEIRDRE C. MCGLINCHEY (*Pro Hac Vice*)
Louisiana Bar Roll #24167
MAGDALEN BLESSEY BICKFORD (*Pro Hac Vice*)
Louisiana Bar Roll #17472
ANDREW M. ALBRITTON (*Pro Hac Vice*)
Louisiana Bar Roll #39780
McGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone (504) 586-1200 | Fax: (504) 596-2800
Email: dmcglinchey@mcglinchey.com;
       mbickford@mcglinchey.com;
       aalbritton@mcglinchey.com
and

JOHN T. ROUSE (GA Bar No. 868514)
McGLINCHEY STAFFORD, PLLC
1020 Highland Colony Pkwy, Ste. 406
Ridgeland, Mississippi 39157
Telephone: (769) 524-2329 | Fax: (601) 608-7871
Email: jrouse@mcglinchey.com

*Counsel for LaSalle Management Company, L.L.C.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of October, 2024, a true and correct copy of the foregoing has been electronically filed with the clerk of court using the CM/ECF system, which will send Notice of Electronic filing to all counsel of record.

THIS, the 24th day of October, 2024.

*/s Andrew M. Albritton*
ANDREW M. ALBRITTON

3