**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

**DAWN WOOTEN,**

*Plaintiff,*

**v.** **CASE NO.: 7:22-cv-00148-WLS**

**LASALLE MANAGEMENT COMPANY, L.L.C., LASALLE SOUTHEAST, LLC, AND DAVID PAULK, AN INDIVIDUAL,**

*Defendants.*

---

**DECLARATION OF THAD M. GUYER IN SUPPORT OF PLAINTIFF DAWN WOOTEN'S OPPOSITION TO DEFENDANT LASALLE MANAGEMENT COMPANY, L.L.C.'s MOTION FOR PROTECTIVE ORDER**

I, Thad M. Guyer, declare as follows:

1. I am Thad M. Guyer, an attorney for Plaintiff Dawn Wooten in this civil action.
2. I am competent to testify on personal knowledge to the contents of this Declaration.
3. Exhibit 1 attached hereto is a true and accurate copy of email correspondence between myself and counsel for Defendant LaSalle Management.
4. Exhibit 2 attached hereto is a true and accurate copy of subsequent email correspondence between myself and counsel for Defendant LaSalle Management.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 4, 2024.

*/s/ Thad M. Guyer*

Thad M. Guyer (Oregon 821443)
T.M. Guyer and Ayers & Friends, PC

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2024 I electronically filed the foregoing **DECLARATION OF THAD GM. GUYER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT LASALLE MANAGEMENT COMPANY, L.L.C.'S MOTION FOR PROTECTIVE ORDER** and attached exhibits with the Clerk of the Court using the CM/ECF system, which will send notice of filing and a copy of same to ALL COUNSEL ON RECORD.

/s/ Thad M. Guyer
Thad M. Guyer