Exhibit 1

Guyer&Ayers

**T. M. Guyer and Ayers & Friends PC <thad@guyerayers.com>**

---

**Fwd: Protective Order?/Wooten v LaSalle/Notice of Deposition of William McConnell, Rodney Cooper and Pamela Hearn**

1 message

---

**T. M. Guyer and Ayers & Friends PC** <thad@guyerayers.com> Tue, Oct 1, 2024 at 1:01 PM
To: Ken Massey <kmassey@gelaw.com>

FYI.

---------- Forwarded message ---------
From: **T. M. Guyer and Ayers & Friends PC** <thad@guyerayers.com>
Date: Tue, Oct 1, 2024 at 1:01 PM
Subject: Re: Protective Order?/Wooten v LaSalle/Notice of Deposition of William McConnell, Rodney Cooper and Pamela Hearn
To: Albritton, Andrew <aalbritton@mcglinchey.com>
Cc: Bickford, Mag <mbickford@mcglinchey.com>, Jack Batson <jpbatson@aol.com>, Jack Kolar <jackk@whistleblower.org>, Elisabeth Connell <elisabethc@whistleblower.org>, Stephani Ayers <stephani@guyerayers.com>, Dana Gold <danag@whistleblower.org>, Andrea Meza <AndreaM@whistleblower.org>

Thanks for the opportunity to confer now on possible objections. That's definitely the way we should do it.

In our overview, the judge has only limited us to the jurisdictional issue, i.e., what minimum contacts (physical or virtual) LaSalle Mgt had with Georgia. The judge has not limited the foundational rule of all discovery, FRCP 26(b)(1) scope is "any matter that is relevant to any party's claim or defense". Our position is we can depose anyone with information relevant to what connections LaSalle Mgt has had with Wooten's claims and/or the jurisdictional defense. Specifically, any knowledge, reports, discussions, emails, texts, requests, directives, or involvement or communications that any LaSalle Mgt. director, manager, employee, in-house counsel or agent (hereafter "LSM people") has had regarding Dawn Wooten's DHS disclosures, including communications with the DHS OIG regarding Wooten's disclosures or claims, are per se evidence of LaSalle Mgt. minimum contacts with Georgia. Bluntly stated, if any LSM people touched the DHS OIG investigation or Wooten's lawsuit, that will, in our opinion, be relevant to (and likely dispositive of) the jurisdictional issue.

Of course, I expect you will disagree, and if so, let's move on to the mechanism for speedy resolution. I think the most appropriate course if for you to seek a protective order asking the court to disallow the scope of discovery I have announced. We will respond within 7 days.

Alternative 1, we could submit a joint statement to the judge in a motion for clarification or proposed Rule 26(f) order in which we each set forth our positions, and ask the court to decide.

Alternative 2, you can state to us in writing that you are not going to allow our proposed discovery, and we will promptly file a motion to compel, if we agree that the parties have conferred, and the matter is ready for disposition.

Alternative 3 is we proceed to the depositions and you object when we ask our intended questions, and if you instruct the witness not to answer, we get the judge on the phone--and of course, we ask the judge (or magistrate) to be available. I'm pretty sure the court won't like that alternative.

Please let me know how you want to proceed. In the meantime, please provide the dates for McConnell, Cooper and Hearn so I can serve the deposition notices for all three.

Thanks. Thad

On Tue, Oct 1, 2024 at 11:59 AM Albritton, Andrew <aalbritton@mcglinchey.com> wrote:

> Good morning Thad –
>
> Mag is actually traveling to Ruston today to meet with the client, so we should have some dates soon. We will also follow up regarding dates for the below proposed deponents.
>
> What do you anticipate the relationship to the jurisdictional issue will be with regards to Dr. Hearn's testimony? As you know, we plan to object to questions that expand the scope beyond jurisdictional issues, so we want to make sure this proposed deposition is appropriate.
>
> **Andrew M. Albritton** (he/him/his)
> Attorney at Law
>
> **aalbritton@mcglinchey.com**
> 601 Poydras St, Ste 1200, New Orleans, LA 70130
> T (504) 596-0317 F (504) 910-7970
>
> **bio | vCard | mcglinchey.com**
>
> Alabama California Florida Louisiana Massachusetts Mississippi New York
> Ohio Rhode Island Tennessee Texas Washington Washington, DC
>
> 50 YEARS mcglinchey Mansfield Rule™ Certified 2023 Powered by DIVERSITY LAB

**From:** T. M. Guyer and Ayers & Friends PC <thad@guyerayers.com>
**Sent:** Tuesday, October 1, 2024 10:39 AM
**To:** Albritton, Andrew <aalbritton@mcglinchey.com>; Bickford, Mag <mbickford@mcglinchey.com>
**Cc:** Jack Batson <jpbatson@aol.com>; Jack Kolar <jackk@whistleblower.org>; Elisabeth Connell <elisabethc@whistleblower.org>; Stephani Ayers <stephani@guyerayers.com>; Dana Gold <danag@whistleblower.org>; Andrea Meza <AndreaM@whistleblower.org>
**Subject:** Re: Status?/Wooten v LaSalle/Notice of Deposition of William McConnell, Rodney Cooper and Pamela Hearn

Hi folks, any update on Rev. McConnell dates?

Also, please provide us dates for Rodney Cooper and Pamela Hearn, MD between Oct 16 and 31.

Thanks. Thad

On Mon, Sep 30, 2024 at 2:27 PM T. M. Guyer and Ayers & Friends PC <thad@guyerayers.com> wrote:

> Hi Andrew and Mag, any progress on the McConnell deposition dates? Thanks. Thad
>
> ---
>
> **Thad M. Guyer**
> **T.M. Guyer and Ayers & Friends, PC**
> **Seattle: +1 (206) 535-2395 Washington DC +1 (202) 417-3910**
> **Fax +1 (888) 866-4720**
>
> **Website: www.GuyerAyers.com**
>
> On Thu, Sep 26, 2024 at 6:48 AM T. M. Guyer and Ayers & Friends PC <thad@guyerayers.com> wrote:
>
>> Wonderful, thanks very much.
>>
>> ---
>>
>> **Thad M. Guyer**
>> **T.M. Guyer and Ayers & Friends, PC**
>> **Seattle: +1 (206) 535-2395 Washington DC +1 (202) 417-3910**
>> **Fax +1 (888) 866-4720**
>>
>> **Website: www.GuyerAyers.com**

On Thu, Sep 26, 2024 at 7:43 AM Albritton, Andrew <aalbritton@mcglinchey.com> wrote:

Thad –

This is received. We will reach out to the client regarding which dates are available and get back with you once we hear back.

**Andrew M. Albritton** (he/him/his)
Attorney at Law

---

**aalbritton@mcglinchey.com**
601 Poydras St, Ste 1200, New Orleans, LA 70130
T (504) 596-0317 F (504) 910-7970

**bio | vCard | mcglinchey.com**

Alabama California Florida Louisiana Massachusetts Mississippi New York
Ohio Rhode Island Tennessee Texas Washington Washington, DC

50 YEARS mcglinchey Mansfield Rule™ Certified 2023 Powered by DIVERSITYLAB

**From:** T. M. Guyer and Ayers & Friends PC <thad@guyerayers.com>
**Sent:** Thursday, September 26, 2024 8:08 AM
**To:** Albritton, Andrew <aalbritton@mcglinchey.com>; Bickford, Mag <mbickford@mcglinchey.com>
**Cc:** Jack Batson <jpbatson@aol.com>; Jack Kolar <jackk@whistleblower.org>; Elisabeth Connell <elisabethc@whistleblower.org>
**Subject:** Wooten v LaSalle/Notice of Deposition of William McConnell

Hi Andrew and Mag, we will notice the Zoom deposition of LaSalle co-founder William McConnell on October 3, 4, 10 or 11. The duration will be 2 to 3 hours estimated. Please select a date and any start time you want and I will get the notice out. Thanks. Thad

---

**Thad M. Guyer**
**T.M. Guyer and Ayers & Friends, PC**
**Seattle: +1 (206) 535-2395 Washington DC +1 (202) 417-3910**
**Fax +1 (888) 866-4720**

**Website: www.GuyerAyers.com**

www.mcglinchey.com

McGlinchey Stafford, PLLC in Alabama, Florida, Louisiana, Massachusetts, Mississippi, New York, Ohio, Tennessee, Texas, Washington, and Washington DC and McGlinchey Stafford, LLP in California.

Confidentiality Statement: This email may contain attorney-client privileged, work product-protected, and/or confidential information. It is for the sole use of the intended recipient(s). If you have received this transmission in error, immediately notify us by telephone at 504-586-1200 and return the original message to us at McGlinchey Stafford, 12th Floor, 601 Poydras Street, New Orleans, LA, 70130 via the United States Postal Service.

We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.

See McGlinchey Stafford Disclaimer (https://www.mcglinchey.com/disclaimer/) and Privacy Policy (https://www.mcglinchey.com/privacy-policy/)

--

**Thad M. Guyer**
**T.M. Guyer and Ayers & Friends, PC**
**Seattle: +1 (206) 535-2395 Washington DC +1 (202) 417-3910**
**Fax +1 (888) 866-4720**

**Website: www.GuyerAyers.com**

--

**Thad M. Guyer**
**T.M. Guyer and Ayers & Friends, PC**
**Seattle: +1 (206) 535-2395 Washington DC +1 (202) 417-3910**
**Fax +1 (888) 866-4720**

**Website: www.GuyerAyers.com**

--

**Thad M. Guyer**
**T.M. Guyer and Ayers & Friends, PC**
**Seattle: +1 (206) 535-2395 Washington DC +1 (202) 417-3910**
**Fax +1 (888) 866-4720**

**Website: www.GuyerAyers.com**