Exhibit 2

Guyer&Ayers

T. M. Guyer and Ayers & Friends PC <thad@guyerayers.com>

## RE: Status?/Wooten v LaSalle/Notice of Deposition of William McConnell, Rodney Cooper and Pamela Hearn

1 message

**Albritton, Andrew** <aalbritton@mcglinchey.com> Fri, Oct 11, 2024 at 1:55 PM
To: "T. M. Guyer and Ayers & Friends PC" <thad@guyerayers.com>
Cc: "Bickford, Mag" <mbickford@mcglinchey.com>, Jack Batson <jpbatson@aol.com>, Jack Kolar <jackk@whistleblower.org>, Elisabeth Connell <elisabethc@whistleblower.org>, Stephani Ayers <stephani@guyerayers.com>

Thad –

As you detailed in your earlier email, we do intend to file a Motion for Protective Order regarding the scope of discovery. As such, we do not think it is appropriate to schedule depositions until the Court clarifies what the scope of such depositions will be. That Motion will be filed early next week.

Alternatively, if you can agree to a resolution on limiting the scope of discovery, then we will follow up with the client on deposition dates.

**Andrew M. Albritton** (he/him/his)
Attorney at Law

**aalbritton@mcglinchey.com**
601 Poydras St, Ste 1200, New Orleans, LA 70130
T (504) 596-0317 F (504) 910-7970

**bio | vCard | mcglinchey.com**

Alabama California Florida Louisiana Massachusetts Mississippi New York
Ohio Rhode Island Tennessee Texas Washington Washington, DC

50 YEARS mcglinchey Mansfield Rule Certified 2023–2024

**From:** T. M. Guyer and Ayers & Friends PC <thad@guyerayers.com>
**Sent:** Friday, October 11, 2024 7:47 AM
**To:** Albritton, Andrew <aalbritton@mcglinchey.com>
**Cc:** Bickford, Mag <mbickford@mcglinchey.com>; Jack Batson <jpbatson@aol.com>; Jack Kolar

<jackk@whistleblower.org>; Elisabeth Connell <elisabethc@whistleblower.org>; Stephani Ayers <stephani@guyerayers.com>

**Subject:** Re: Status?/Wooten v LaSalle/Notice of Deposition of William McConnell, Rodney Cooper and Pamela Hearn

I need Depo dates please, how goes it?

---

**Thad M. Guyer**
**T.M. Guyer and Ayers & Friends, PC**
**Seattle: +1 (206) 535-2395 Washington DC +1 (202) 417-3910**
**Fax +1 (888) 866-4720**

**Website**: **www.GuyerAyers.com**

On Tue, Oct 1, 2024 at 11:59 AM Albritton, Andrew <aalbritton@mcglinchey.com> wrote:

> Good morning Thad –
>
> Mag is actually traveling to Ruston today to meet with the client, so we should have some dates soon. We will also follow up regarding dates for the below proposed deponents.
>
> What do you anticipate the relationship to the jurisdictional issue will be with regards to Dr. Hearn's testimony? As you know, we plan to object to questions that expand the scope beyond jurisdictional issues, so we want to make sure this proposed deposition is appropriate.

**Andrew M. Albritton** (he/him/his)
Attorney at Law

**aalbritton@mcglinchey.com**
601 Poydras St, Ste 1200, New Orleans, LA 70130
T (504) 596-0317 F (504) 910-7970

**bio | vCard | mcglinchey.com**

Alabama California Florida Louisiana Massachusetts Mississippi New York
Ohio Rhode Island Tennessee Texas Washington Washington, DC

50 YEARS mcglinchey Mansfield Rule™ Certified 2023 Powered by DIVERSITY LAB

**From:** T. M. Guyer and Ayers & Friends PC <thad@guyerayers.com>
**Sent:** Tuesday, October 1, 2024 10:39 AM
**To:** Albritton, Andrew <aalbritton@mcglinchey.com>; Bickford, Mag <mbickford@mcglinchey.com>
**Cc:** Jack Batson <jpbatson@aol.com>; Jack Kolar <jackk@whistleblower.org>; Elisabeth Connell <elisabethc@whistleblower.org>; Stephani Ayers <stephani@guyerayers.com>; Dana Gold <danag@whistleblower.org>; Andrea Meza <AndreaM@whistleblower.org>
**Subject:** Re: Status?/Wooten v LaSalle/Notice of Deposition of William McConnell, Rodney Cooper and Pamela Hearn

Hi folks, any update on Rev. McConnell dates?

Also, please provide us dates for Rodney Cooper and Pamela Hearn, MD between Oct 16 and 31.

Thanks. Thad

On Mon, Sep 30, 2024 at 2:27 PM T. M. Guyer and Ayers & Friends PC <thad@guyerayers.com> wrote:

> Hi Andrew and Mag, any progress on the McConnell deposition dates? Thanks. Thad
>
> **Thad M. Guyer**
> **T.M. Guyer and Ayers & Friends, PC**
> **Seattle: +1 (206) 535-2395 Washington DC +1 (202) 417-3910**
> **Fax +1 (888) 866-4720**
>
> **Website**: **www.GuyerAyers.com**
>
> On Thu, Sep 26, 2024 at 6:48 AM T. M. Guyer and Ayers & Friends PC <thad@guyerayers.com> wrote:
>
>> Wonderful, thanks very much.
>>
>> **Thad M. Guyer**
>> **T.M. Guyer and Ayers & Friends, PC**
>> **Seattle: +1 (206) 535-2395 Washington DC +1 (202) 417-3910**
>> **Fax +1 (888) 866-4720**
>>
>> **Website**: **www.GuyerAyers.com**

On Thu, Sep 26, 2024 at 7:43 AM Albritton, Andrew <aalbritton@mcglinchey.com> wrote:

Thad –

This is received. We will reach out to the client regarding which dates are available and get back with you once we hear back.

**Andrew M. Albritton** (he/him/his)
Attorney at Law

---

**aalbritton@mcglinchey.com**
601 Poydras St, Ste 1200, New Orleans, LA 70130
T (504) 596-0317 F (504) 910-7970

**bio | vCard | mcglinchey.com**

Alabama California Florida Louisiana Massachusetts Mississippi New York
Ohio Rhode Island Tennessee Texas Washington Washington, DC

50 YEARS mcglinchey Mansfield Rule™ Certified 2023™ Powered by DIVERSITYLAB

**From:** T. M. Guyer and Ayers & Friends PC <thad@guyerayers.com>
**Sent:** Thursday, September 26, 2024 8:08 AM
**To:** Albritton, Andrew <aalbritton@mcglinchey.com>; Bickford, Mag <mbickford@mcglinchey.com>
**Cc:** Jack Batson <jpbatson@aol.com>; Jack Kolar <jackk@whistleblower.org>; Elisabeth Connell <elisabethc@whistleblower.org>
**Subject:** Wooten v LaSalle/Notice of Deposition of William McConnell

Hi Andrew and Mag, we will notice the Zoom deposition of LaSalle co-founder William McConnell on October 3, 4, 10 or 11. The duration will be 2 to 3 hours estimated. Please select a date and any start time you want and I will get the notice out. Thanks. Thad

---

**Thad M. Guyer**
**T.M. Guyer and Ayers & Friends, PC**
**Seattle: +1 (206) 535-2395 Washington DC +1 (202) 417-3910**
**Fax +1 (888) 866-4720**

**Website: www.GuyerAyers.com**

---

www.mcglinchey.com

McGlinchey Stafford, PLLC in Alabama, Florida, Louisiana, Massachusetts, Mississippi, New York, Ohio, Tennessee, Texas, Washington, and Washington DC and McGlinchey Stafford, LLP in California.

Confidentiality Statement: This email may contain attorney-client privileged, work product-protected, and/or confidential information. It is for the sole use of the intended recipient(s). If you have received this transmission in error, immediately notify us by telephone at 504-586-1200 and return the original message to us at McGlinchey Stafford, 12th Floor, 601 Poydras Street, New Orleans, LA, 70130 via the United States Postal Service.

We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.

See McGlinchey Stafford Disclaimer (https://www.mcglinchey.com/disclaimer/) and Privacy Policy (https://www.mcglinchey.com/privacy-policy/)

--

**Thad M. Guyer**
**T.M. Guyer and Ayers & Friends, PC**
**Seattle: +1 (206) 535-2395 Washington DC +1 (202) 417-3910**
**Fax +1 (888) 866-4720**

**Website**: **www.GuyerAyers.com**