**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

DAWN WOOTEN.,                               :
                                            :
     Plaintiff,                            :
v.                                          :        CASE NO.: 7:22-CV-000148 (WLS)
                                            :
LA SALLE CORRECTIONS, *et al.*,             :
                                            :
     Defendants.                           :
_____            :

## ORDER

Before the Court is Plaintiff's Consent Motion for Leave to File Corrected Supplemental Response (Doc. 82). Therein, Plaintiff moves to file a corrected brief to address a number of errors made in the original filing. For good cause shown, the Motion (Doc. 82) is **GRANTED**. Plaintiff may file an amended supplemental brief in opposition to Defendant LaSalle Management's Motion to Dismiss Pursuant to Rule 12(b)(2) and Rule 12(b)(6).

     **SO ORDERED**, this 11th day of February 2025

                   **/s/ W. Louis Sands**
                   **W. LOUIS SANDS, SR. JUDGE**
                   **UNITED STATES DISTRICT COURT**

1