**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| DAWN WOOTEN, | : |
| | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:22-CV-00148 (WLS) |
| | : |
| LASALLE SOUTHEAST LLC, and | : |
| DAVID PAULK, | : |
| | : |
| Defendants. | : |
| | : |

**ORDER**

Defendants' Motion for Protective Order (Doc. 94-1) is before the Court. To prevent unnecessary discovery delays, expedited briefing on the Motion is appropriate. Thus, Plaintiff's response shall be submitted no later than **Monday, July 7, 2025**. Defendants' reply, if necessary, shall be submitted no later than **7 days** after Plaintiff responds.

**SO ORDERED**, this 24th day of June 2025.

                                            **/s/ W. Louis Sands**
                                            **W. LOUIS SANDS, SR. JUDGE**
                                            **UNITED STATES DISTRICT COURT**