## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

DAWN WOOTEN,                                :
                                            :
    Plaintiff,                         :
                                            :
v.                                          :    CASE NO.: 7:22-CV-00148 (WLS)
                                            :
LASALLE SOUTHEAST LLC, and                  :
DAVID PAULK,                                :
                                            :
    Defendants.                        :
                                            :

## <u>ORDER</u>

Defendants move to substitute counsel. (Doc. 97 at 1). Specifically, they seek to substitute Justin Sauls, of the law firm McGlinchey Stafford, for current-counsel John T. Rouse, who is no longer a member of that firm. (*Id.*) Mr. Rouse consents, and he signs the Motion. (*Id.*) Four other attorneys have made an appearance on the docket for Defendants.

Ordinarily, "if co-counsel" remains in the case, an attorney may withdraw from representing a party by filing a notice of withdrawal. M.D. Ga. L.R. 81.1.4. No leave of the Court is necessary. *Id.* Hence the Motion to Substitute is **DENIED** as moot, without prejudice. Defendants' Counsel should follow the procedures for withdrawal explained by the Local Rules.

**SO ORDERED**, this 10th day of July 2025.

                      **/s/ W. Louis Sands**
                      **W. LOUIS SANDS, SR. JUDGE**
                      **UNITED STATES DISTRICT COURT**