**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

**DAWN WOOTEN,**

      Plaintiff,

v.                                                     CIVIL ACTION NO. 7:22-cv-00148-WLS

**LASALLE SOUTHEAST, LLC**,
and **DAVID PAULK**, an individual,

      Defendants.

_____

**PLAINTIFF'S NOTICE OF CLARIFICATION**
**RE ECF 102 AMENDED RESPONSE IN OPPOSITION TO DEFENDANTS' PROPOSED**
**PROTECTIVE ORDER**

Please take notice that the following statement in ECF 102 was not intended to withdraw

any argument or objection made by Plaintiff in ECF 96: "Plaintiff does not reargue or

incorporate prior points from Doc. 96."

Respectfully submitted this 13th day of August, 2025.

/s/ Thad M. Guyer

_____

Thad M. Guyer (Pro Hac Vice)
T.M. Guyer and Ayers & Friends, PC
116 Mistletoe Street
Medford, OR 97501
(206) 941-2869
thad@guyerayers.com

And

John P. Batson, Esq.

Attorneys for Plaintiff Dawn Wooten

1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2025, a copy of the foregoing was served on all parties of record via the Court's CM/ECF system.

/s/ Thad M. Guyer