**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| DAWN WOOTEN, | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Case No. 7:22-cv-00148-WLS |
| LASALLE MANAGEMENT | ) | |
| COMPANY, L.L.C, et al., | ) | Motion for Zoom Hearing |
| *Defendants.* | ) | |
| _____ | ) | |

### PLAINTIFF'S MOTION FOR ZOOM HEARING

NOW COMES Plaintiff Dawn Wooten, by and through undersigned counsel, and moves the Court to conduct the hearing by Zoom videoconference, scheduled pursuant to the Court's Orders [Docs. 105 & 106] for 1:30 PM on August 28, 2025, and in support thereof states as follows:

This Motion is filed in accordance with FED. R. CIV. P. 1, which requires that these rules "be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding."

The Court has scheduled a hearing for August 28, 2025, at 1:30 PM to address Defendants' Motion for Protective Order and related issues as set forth in the Court's Order [Doc. 105].

Conducting the hearing via Zoom videoconference would promote judicial efficiency and serve the interests of justice by:

a. Reducing travel costs and time for all parties and counsel;

b. Allowing for more efficient scheduling and use of the Court's resources;

c. Facilitating participation by all counsel, including those admitted pro hac vice from out-of-state locations; and,

d. Maintaining the integrity of the proceedings while promoting efficiency.

1

The nature of the hearing, which will focus on legal arguments regarding standards for protective orders, Plaintiff's proposed uses for discovery materials, and the scope of confidential information, is aptly suited for remote proceedings.  Parties can adequately present their positions fully with opportunity for Court interaction through Zoom videoconference.

WHEREFORE, Plaintiff respectfully requests that this Court GRANT this Motion and ORDER that the hearing scheduled for August 28, 2025, at 1:30 PM be conducted via Zoom videoconference in the interests of efficiency and that the Clerk be directed to notify participants of the link or means of participation, and that arrangements be made use of Zoom, or other suitable platform. .

Respectfully submitted this 13th day of August 2025.

/s/ Thad M. Guyer
THAD M. GUYER
Oregon Bar No. 821443
Pro Hac Vice
 Lead Attorney for Plaintiff
 116 Mistletoe St.
 P.O. Box 1061
Medford, OR 97501
Phone: (206) 941-2869
Email: Thad@guyerayers.com

/s/ John Paul Batson
JOHN P. BATSON
Georgia Bar No. 042150
Attorney for Plaintiff
1104 Milledge Road
Augusta, GA 30904
Phone: (706) 737-4040
Email: Jpbatson@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served upon all parties by filing same with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

**For Defendants Irwin County Detention Center, David Paulk, LaSalle Corrections, and LaSalle Southeast LLC:**

Justin K. Sauls, Lead Attorney 6688 N Central Expressway, Ste 400 Dallas, TX 75206 Email: Jsauls@mcglinchey.com

Andrew Michael Albritton 601 Poydras St., Ste 1200 New Orleans, LA 70118 Email: Aalbritton@mcglinchey.com

Deirdre McGlinchey 601 Poydras Street, Ste 12th Fl New Orleans, LA 70130 Email: Dmcglinchey@mcglinchey.com

Lindsay Krout Roberts 1020 Highland Colony Pkwy, Ste 406 Ridgeland, MS 39157 Email: Lroberts@mcglinchey.com

Magdalen Blessey Bickford 601 Poydras St., Ste 12th Flr New Orleans, LA 70130 Email: Mbickford@mcglinchey.com

This 13th day of August, 2025.

/s/ John Paul Batson
JOHN P. BATSON
Georgia Bar No. 042150
Attorney for Plaintiff
1104 Milledge Road
Augusta, GA 30904
Phone: (706) 737-4040
Email: Jpbatson@aol.com
*Attorney for Plaintiff*