# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| DAWN WOOTEN, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 7:22-CV-00148 (WLS) |
| | : | |
| LASALLE SOUTHEAST LLC, and | : | |
| DAVID PAULK, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## Order Denying Motion for Hearing

Plaintiff Dawn Wooten moves to appear remotely at the hearing on LaSalle's Motion for Protective Order. (Doc. 107.) Wooten claims a remote hearing is appropriate to "promote judicial efficiency and serve the interests of justice[.]" (*Id.*)

But it has long been the Court's practice to require in-person attendance at hearings. Although the COVID-19 pandemic required accommodations, the Court has returned to its longstanding practice of requiring in-person attendance absent a showing of extraordinary circumstances. Wooten's grounds fail to meet this standard. Counsel who practice in this Court *pro hac vice* routinely travel to Albany to attend hearings in person. And Wooten hasn't offered extraordinary circumstances which might warrant a departure from the Court's longstanding practice.

Hence the Motion for Hearing (Doc. 107) is **DENIED**. The Court expects Counsel for all Parties to be present—in-person—at the hearing scheduled for **Thursday, August 28, 2025 at 1:30 P.M.** at the C.B. King United States Courthouse.

Still, the Court is willing to change the time and date of the conference to accommodate the Parties, if they submit a timely written motion showing good cause to reschedule.

**SO ORDERED**, this 14th day of August 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATESDISTRICT COURT**