**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

**DAWN WOOTEN,**

Plaintiff,

v.

CIVIL NO. 7:22-cv-00148-WLS

**LASALLE MANAGEMENT COMPANY, L.L.C,**
**LASALLE SOUTHEAST, LLC**,
and **DAVID PAULK**, an individual,

Defendants.

_____

### PLAINTIFF'S STATUS REPORT ON DISCOVERY

Plaintiff pursuant to Fed. R. Civ. P. 26 and 37, Local Rule 37, and this Court's Scheduling Order dated May 23, 2025 [Doc. 92], respectfully submits to the Court this update on the ongoing, good-faith discovery process. Plaintiff states as follows:

1.  Defendants propounded discovery consisting of Interrogatories and Requests for Production of Documents on Plaintiff on July 29, 2025.  Awaiting resolution of the protective order issue, Plaintiff has not yet propounded paper discovery.

2.  Plaintiff provided timely, good-faith responses and objections on August 28, 2025, and has diligently continued her efforts to gather and produce responsive information.

3.  Plaintiff received Defendants' letter outlining certain discovery requests on September 5, 2025. Plaintiff's counsel promptly responded on September 8, 2025, acknowledging the letter and agreeing a meet-and-confer call would facilitate resolution. Plaintiff's counsel also

1

committed to a supplemental document production by Friday, September 12, 2025.

4.  Due to a unforeseen medical urgency experienced by Plaintiff's counsel, the document production was unavoidably delayed. Plaintiff's counsel immediately communicated this delay to opposing counsel and recommitted to providing the production by the morning of Monday, September 15, 2025.

5.  In keeping with that commitment, Plaintiff's counsel produced an initial supplemental document production consisting of 863 pages of responsive materials on September 15, 2025. This production included documents responsive to several categories of Defendants' requests.

6.  Plaintiff's counsel remained engaged in ongoing communications with Defendants' counsel to discuss discovery matters and, on September 16, 2025, responded to a request for a meet-and-confer call.

7.  On September 18, 2025, counsel for both parties participated in a productive telephone conference to discuss the status of discovery. Plaintiff's counsel confirmed that amended Responses to Interrogatories and an additional supplemental production were being finalized and would be served that same day.

8. As promised during the September 18th conference and consistent with Plaintiff's continuing duty to supplement under Fed. R. Civ. P. 26(e), Plaintiff served two comprehensive supplemental discovery responses on Defendants on September 18, 2025:

 (A)  Plaintiff's Supplemental Responses to Defendants' First Set of Interrogatories: This detailed supplement provides additional information based on a recent client interview and a thorough review of tax records (2020-2024), job search documentation, and produced documents. It provides employment data, corroborates allegations regarding COVID-19 protocol complaints with new documentary evidence (including specific test results), and details Plaintiff's extensive job search efforts.

(B)  Plaintiff's Supplemental Response to Defendants' Requests for Production of

Documents: This filing formally produces a set of documents with Bates numbers DW00824 through DW00847.

9.  Plaintiff has made diligent, good-faith efforts to comply with her discovery obligations and to confer with opposing counsel to secure the information sought without court intervention, as required by Local Rule 37.

Respectfully submitted this 18th day of September, 2025.

/s/ Thad Guyer

_____
Thad M. Guyer (Or. Bar No. 821443)

John P. Batson (Ga. Bar No. 042150)
The Law Office of John P. Batson
P.O. Box 3248
Augusta, GA 30914-3248
(706) 722-8191
jpbbatson@aol.com

Thad M. Guyer (Oregon # 821443)
Pro Hac Vice
T.M. Guyer and Ayers & Friends, PC
116 Mistletoe Street
Medford, OR 97501
thadg@whistleblower.org
(206) 941-2869 (mobile)
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2025, a true and correct copy of the foregoing has been electronically filed with the clerk of court using the CM/ECF system, which will send Notice of Electronic filing to all counsel of record.

THIS, the 18th day of September, 2025.

/s/Thad M. Guyer

_____
Thad M. Guyer

3