**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

**DAWN WOOTEN,**

    *Plaintiff,*

**VS.**                                                                  **CIVIL ACTION NO. 7:22-cv-00148-WLS**

**LASALLE MANAGEMENT COMPANY,**
**L.L.C, LASALLE SOUTHEAST, LLC,**
and **DAVID PAULK,** an individual,

    *Defendants.*

---

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

---

NOW INTO COURT, through undersigned counsel, come counsel for Defendants, LaSalle Southeast, LLC and David Paulk, who, pursuant to Local Rule 83.1.4, wish to withdraw Justin Sauls (GA Bar No. 772266), Magdalen Blessey Bickford (LA Bar No. 17472, admitted *pro hac vice*), and Andrew M. Albritton (LA Bar No. 39780, admitted *pro hac vice*) of the law firm McGlinchey Stafford, PLLC, and substitute David J. Forestner (GA Bar No. 269177) of the law firm Jones Walker LLP in place thereof. In support of this motion, Defendants state as follows:

1.     As of November 6, 2025, Deirdre C. McGlinchey is no longer affiliated with the law firm McGlinchey Stafford, PLC. Deirdre C. McGlinchey is to remain counsel of record with her new law firm, Jones Walker LLP. Accordingly, there is "compelling reason to withdraw" pursuant to Local Rule 83.1.4.

2.     This motion will not leave the client unrepresented, and so, under Local Rule 83.1.4, this withdrawal may be made without leave of court.

#110541951v1

3.      Deirdre C. McGlinchey is admitted *pro hac vice* for this matter pursuant to Local Rule 83.1.2. David J. Forestner is to be enrolled as local counsel pursuant to Local Rule 83.1.2.

**WHEREFORE**, Defendants pray that its motion to withdraw and substitute be granted and that this Court enroll David J. Forestner (GA Bar No. 269177) of the law firm Jones Walker LLP, in place of and, thus, withdraw Justin Sauls (GA Bar No. 772266), Magdalen Blessey Bickford (LA Bar No. 17472, admitted *pro hac vice*), and Andrew M. Albritton (LA Bar No. 39780, admitted *pro hac vice*) of the law firm McGlinchey Stafford, with Deirdre C. McGlinchey to remain counsel of record with the law firm Jones Walker LLP.

THIS 19th   day of November, 2025.

Respectfully submitted,

*LaSalle Southeast LLC and David Paulk*

By:    *s/ Magdalen Blessey Bickford*

One of its Attorneys

**OF COUNSEL:**

DEIRDRE C. MCGLINCHEY (*Pro Hac Vice*) (T.A.)
Louisiana Bar Roll #24167
JONES WALKER LLP
201 St. Charles Ave., 51st Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8731
Facsimile: (504) 589-8731
Email: dmcglinchey@joneswalker.com

MAGDALEN BLESSEY BICKFORD (*Pro Hac Vice*)
Louisiana Bar Roll #17472
ANDREW M. ALBRITTON (*Pro Hac Vice)*
Louisiana Bar Roll #39780
McGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone (504) 586-1200 | Fax: (504) 596-2800
Email: mbickford@mcglinchey.com
Email: aalbritton@mcglinchey.com

and

JUSTIN SAULS (GA Bar No. 772266)
McGLINCHEY STAFFORD, PLLC
6688 N. Central Expressway, Ste. 400
Dallas, Texas 75206
Telephone: (214) 445-2445 | Fax: (214) 445-2450
Email: jsauls@mcglinchey.com

*Counsel for Defendants LaSalle Southeast, LLC, and
David Paulk*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November, 2025, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send Notice of Electronic filing to all counsel of record.

THIS, the 19th day of November, 2025.

<em>s/ Magdalen Blessey Bickford</em>

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

**DAWN WOOTEN,**

    *Plaintiff,*

**VS.**                              **CIVIL ACTION NO. 7:22-cv-00148-WLS**

**LASALLE MANAGEMENT COMPANY,**
**L.L.C, LASALLE SOUTHEAST, LLC,**
and **DAVID PAULK,** an individual,

    *Defendants.*

Considering the foregoing Motion to Withdraw and Substitute Counsel of Record:

    IT IS ORDERED, ADJUDGED, AND DECREED that Justin Sauls (GA Bar No. 772266), Magdalen Blessey Bickford (LA Bar No. 17472, admitted *pro hac vice*), and Andrew M. Albritton (LA Bar No. 39780, admitted *pro hac vice*), of the law firm McGlinchey Stafford, PLLC, be allowed to withdraw as counsel of record and that David J. Forestner (GA Bar No. 269177), of the law firm Jones Walker LLP, be allowed to enroll as additional counsel of record for defendants, LaSalle Southeast, LLC and David Paulk.

    Valdosta, Georgia, this \_\_\_\_ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE

#110541951v1