AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Georgia  ▼

|  |  |  |
|---|---|---|
| Dawn Wooten | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   7:22-cv-00148-WLS |
| LaSalle Southeast LLC and David Paulk | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Dr. Mahendra Amin                                                                           .

Date:      11/21/2025

/s/ Stacey G. Evans
*Attorney's signature*

Stacey G. Evans 298555
*Printed name and bar number*

EVANS BOWERS
729 Piedmont Ave NE
Atlanta, GA 30308
*Address*

sevans@evansbowers.com
*E-mail address*

(404) 850-6750
*Telephone number*

(404) 850-6748
*FAX number*