AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia   ▾

| | |
|---|---|
| Dawn Wooten | ) |
| *Plaintiff* | ) |
| v. | ) |
| LaSalle Southeast LLC and David Paulk | ) |
| *Defendant* | ) |

Case No.   7:22-cv-00148-WLS

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Dr. Mahendra Amin                                             .

Date:     11/21/2025

/s/ John Amble Johnson
*Attorney's signature*

John Amble Johnson 229112
*Printed name and bar number*

EVANS BOWERS
729 Piedmont Ave NE
Atlanta, GA 30308
*Address*

ajohnson@evansbowers.com
*E-mail address*

(404) 850-6750
*Telephone number*

(404) 850-6748
*FAX number*