**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| DAWN WOOTEN, | ) |
| | ) |
|    **Plaintiff.** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **LASALLE SOUTHEAST LLC and** | )   **CIVIL ACTION NO.** |
| **DAVID PAULK,** | )   **7:22-cv-00148-WLS** |
| | ) |
|    **Defendants.** | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

**NON-PARTY DR. MAHENDRA AMIN'S CERTIFICATE OF SERVICE OF RULE 45(d)(2)(B) OBJECTIONS TO PLAINTIFF'S SUBPOENA TO PRODUCE DOCUMENTS**

Non-party Dr. Mahendra Amin, through the undersigned counsel, certifies service of Non-Party Mahendra Amin's Rule 45(d)(2)(B) Objections to Plaintiff's Subpoena to Produce Documents.

Dr. Amin states that a copy of the foregoing objections was served via electronic mail to the following counsel on November 21, 2025:

Thad M. Guyer, thad@guyerayers.com

Jack Baston, jpbatson@aol.com

Stephani Ayers, stephania@whistleblower.com

*Counsel for Plaintiff*

Elizabeth McNamara, lizmcnamara@dwt.com

Amanda Levine, amandalevine@dwt.com

*Counsel for Non-Party NBCUniversal Media, LLC*

Respectfully submitted, this 21st day of November, 2025.

*/s/ J. Amble Johnson*
Stacey G. Evans
Georgia Bar No. 298555
sevans@evansbowers.com
J. Amble Johnson
Georgia Bar 229112
ajohnson@evansbowers.com

EVANS BOWERS
729 Piedmont Ave NE
Atlanta, GA 30308
(404) 850-6750
(404) 850-6748 (fax)

2