**DO NOT SEND PAYMENT WITH YOUR PETITION! ONCE ADMITTED, YOU MUST PAY FEES BY CREDIT CARD VIA CM/ECF.**

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

### PETITION FOR ADMISSION TO PLEAD AND PRACTICE *PRO HAC VICE*

The Petition of PJ Kee respectfully shows that petitioner is now a member in good standing of the State Bar of Louisiana, as evidenced by State Bar Number 34860 and is a member in good standing of a U.S. District Court as evidenced by the attached Certificate of Good Standing from the U. S. District Court where he/she is admitted to Practice. Wherefore, petitioner, after taking the below Oath of Admission, prays that he/she be admitted as an Attorney, Solicitor, and Proctor to plead and practice pro hac vice in the United States District Court for the Middle District of Georgia for case number 7:22-cv-00148-WLS to represent LaSalle Southeast, LLC and David Paulk.

(name of plaintiff/defendant)

### OATH ON ADMISSION *(PRO HAC VICE)*

I, PJ Kee, do solemnly swear, that as an attorney and as a counselor of this Court for the above said case, I will conduct myself uprightly and according to law, and that I will support the Constitution of the United States of America. I further affirm that I have read the Standards of Conduct set forth in the Preamble to this district's Local Rules, and I will strive to comply with these standards in my practice before this Court.

ELECTRONIC FILING:

* Upon admission to plead and practice pro hac vice, I understand that I will be registered to file electronically in the Middle District of Georgia. The password issued by the court combined with the login serves as and constitutes a legal signature. Registration as a user constitutes (a) consent to receive notice electronically where notice is required by statute or rule and waiver of notice by any other means; and (b) consent to electronic service and waiver of service by any other means, except for original process.

DATE: 12/1/2025

_____
FULL SIGNATURE OF PETITIONER

NUMBER OF CASES I APPEARED PRO HAC VICE IN THE U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA IN THE *LAST 12 MONTHS:* 0

201 St. Charles Ave., 50th Floor
_____
LAW FIRM ADDRESS (Street or P.O. Box)

New Orleans, LA 70170, 504-582-8000
_____
CITY, STATE & ZIP CODE TELEPHONE #

pkee@joneswalker.com
_____
EMAIL ADDRESS (Required)

=============================================================================================

### ORDER

IT IS ORDERED that Petitioner is hereby admitted to plead and practice pro hac vice as Attorney, Solicitor, Counselor, and Proctor.

DATE: 12/1/2025

s/ David W. Bunt
_____
DAVID W. BUNT
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

## CERTIFICATE OF GOOD STANDING

I, _____ Carol L. Michel _____ , Clerk of this Court,

certify that _____ P.J. Kee _____ , Bar # _____ 34860 _____ ,

was duly admitted to practice in this Court on _____ 01/23/2013 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ New Orleans, LA _____ on _____ 11/21/2025 _____
　　　　　　　　　　　　　*(Location)*　　　　　　　　　　　　　　　　　　　*(Date)*

_____ Carol L. Michel _____　　　　_____
　　　　　　　　*CLERK*　　　　　　　　　　　　　　　　　　　　*Deputy Clerk*

**PJ KEE COURT ADMISSIONS**

New York, Admitted 1/26/2010;

USDC, Southern District of New York, Admitted 8/2011;

Louisiana Supreme Court Admitted 11/16/2012;

USDC, Eastern District of Louisiana, Admitted 1/23/2013;

USDC, Middle District Of Louisiana, Admitted 8/21/2013;

United States Court Of Appeals Sixth Circuit, Admitted 2/28/2014;

USDC, Western District Of Louisiana, Admitted 5/7/2014;

USDC, Central District of Illinois, Admitted 3/31/2016;

USDC, Southern District of Texas, Admitted 5/4/2017;

United States Court of Appeals Fifth Circuit, Admitted 5/20/2019.

#110568973v1