AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia   ▼

|  |  |
|---|---|
| Dawn Wooten | ) |
| *Plaintiff* | ) |
| v. | )     Case No.    7:22-cv-00148-WLS |
| LaSalle Southeast LLC and David Paulk | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 Non-Party Dr. Mahendra Amin                                                                                          .

Date:      12/03/2025                                          /s/ Ryan E. Harbin
                                                                              *Attorney's signature*

                                                                      Ryan E. Harbin 370658
                                                                      *Printed name and bar number*

                                                                      EVANS BOWERS
                                                                      729 Piedmont Ave NE
                                                                      Atlanta, GA 30308
                                                                              *Address*

                                                                      rharbin@evansbowers.com
                                                                              *E-mail address*

                                                                      (404) 850-6750
                                                                              *Telephone number*

                                                                      (404) 850-6748
                                                                              *FAX number*