**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

**DAWN WOOTEN,**

    *Plaintiff,*

**VS.**                                                   **CIVIL ACTION NO. 7:22-cv-00148-WLS**

**LASALLE MANAGEMENT**
**COMPANY, L.L.C, LASALLE**
**SOUTHEAST, LLC,** and **DAVID**
**PAULK,** an individual,

    *Defendants.*

## JOINT MOTION TO MODIFY DISCOVERY/SCHEDULING ORDER

Plaintiff Dawn Wooten and Defendants LaSalle Southeast, LLC and David Paulk jointly request that the Court the extend the close of fact discovery to Monday, February 16, 2026, and adjust accordingly all other deadlines set in the Discovery/Scheduling Order dated May 23, 2025 (the "Scheduling Order") [ECF No. 92], as described more fully below. The parties state the following in support of the request:

1.    Plaintiff's operative Second Amended Complaint was filed into the record on November 16, 2023, following months of procedural briefing regarding the propriety of service and preliminary jurisdictional issues. [ECF No. 55]. Following the filing of the Second Amended Complaint, the parties engaged in substantial additional

briefing regarding personal jurisdiction and the propriety of the Defendants named in the litigation.

2.      On March 31, 2025, the Court granted in part and denied in part Defendants' Motion to Dismiss. [ECF No. 86]. After resolving which parties would remain in the case, the Court ordered the parties to confer regarding a discovery plan, held a Rule 16 conference, and entered the operative Scheduling/Discovery Order. [*See* ECF No. 92].

3.      Following the entry of the Scheduling Order, the Parties have endeavored to engage in discovery that has often required court intervention as a result of unavoidable discovery disputes.

4.      On November 19, 2025, Defendants filed a motion to substitute and withdraw certain counsel, as a result of Defendants' lead counsel switching law firms. [ECF No. 116]. Defendants' new counsel is still getting up to speed in the case, and the substitution led to the parties agreeing to postpone several crucial depositions.

5.      Defendants are also in the process of gathering documents and responding to written discovery requests served by Plaintiff. In addition to these requests, the Parties anticipate that court intervention may be required to resolve an issue related to a third-party deposition requested by Plaintiff.

#110571755v1

6.     The parties request an extension of the current discovery and other deadlines because they agree that discovery cannot reasonably be completed by the current deadlines, particularly with the recent withdrawal of counsel for Defendants.

7.     Accordingly, the parties jointly and respectfully request the following amended deadlines:

- Fact Discovery – Monday, February 16, 2026
- Dispositive Motions – Friday, April 17, 2026
- Non-dispositive Motions – Friday, April 17, 2026
- Trial – a date at the Court's convenience in or around August of 2026

8.     Under Federal Rule 16(b), a motion to modify a scheduling order may be granted "upon a showing of good cause." *Sosa v. Airprint Sys.*, 133 F.3d 1417, 1418 (11th Cir. 1998).

9.     The parties move with good cause to modify the Scheduling Order. The parties agree that factual discovery cannot reasonably be completed by the current deadline.

10.    The parties do not request these extended deadlines for the purposes of delay.  This is the first request by any party to modify the Scheduling Order.

11.    The parties are available to confer with the Court to address any concerns relating to this request to amend the Pre-Trial Scheduling Order.

3

WHEREFORE, for all of the foregoing reasons, the parties jointly request that the Motion to Modify the Scheduling Order should be granted.

Respectfully submitted,

*/s/ Jacob J. Pritt*

David J. Forestner (GA Bar No. 269177)
dforestner@joneswalker.com
Deirdre C. McGlinchey (LA Bar No. 24167)
Admitted **pro hac*
Jacob J. Pritt (LA Bar No. 38872)
Admitted **pro hac*
jpritt@joneswalker.com
PJ Kee (LA Bar No. 34860)
Admitted **pro hac*
pkee@joneswalker.com
JONES WALKER LLP
3455 Peachtree Road NE, Suite 1400
Atlanta, GA 30326
Telephone: 404-870-7500


AND

*/s/ Thad M. Guyer*

Thad M. Guyer
T.M. GUYER AND AYERS & FRIENDS<
PC PLLC
116 Mistletoe Street
Medford, OR 97501
Tel.: (206) 941-2869
thad@guyerayers.com

4

#110571755v1

## CERTIFICATE OF SERVICE

I hereby certify that on this _8_<sup>th</sup> day of December, 2025, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send Notice of Electronic filing to all counsel of record.


*/s/ Jacob J. Pritt*
Jacob J. Pritt (LA Bar No. 38872)

#110571755v1