**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

**DAWN WOOTEN,**

    Plaintiff,

v.                                                                    **CIVIL ACTION NO. 7:22-cv-00148-WLS**

**LASALLE MANAGEMENT COMPANY,**
**L.L.C, LASALLE SOUTHEAST, LLC,**
and **DAVID PAULK**, an individual,

    Defendants.

_____

## MOTION FOR SUMMARY JUDGMENT

Defendants LaSalle Southeast, LLC ("LaSalle") and David Paulk (collectively, "Defendants") respectfully submit this Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56. For the reasons fully detailed in the accompany Local Rule 56 Statement, supporting exhibits, and memorandum in support, Defendants maintain that there is no genuine dispute of material fact and that Defendants are entitled to judgment on Plaintiff's remaining claim as a matter of law.

For the foregoing reasons, Defendants respectfully request the Court enter an Order dismissing the case in its entirety with prejudice at Plaintiff's sole cost.

*{Signature block on next page}*

1

#111950645v1

Respectfully submitted,

*/s/P.J. Kee*

David J. Forestner (GA Bar No. 269177)
dforestner@joneswalker.com
Deirdre C. McGlinchey (LA Bar No. 24167)
Admitted *\*pro hac*
Jacob J. Pritt (LA Bar No. 38872)
Admitted *\*pro hac*
jpritt@joneswalker.com
PJ Kee (LA Bar No. 34860)
Admitted *\*pro hac*
pkee@joneswalker.com
JONES WALKER LLP
201 St. Charles Ave., Suite 5100
New Orleans, LA 70170-5100
Telephone: 504-582-8000

## CERTIFICATE OF SERVICE

I hereby certify that on this June 29, 2026, a true and correct copy of the foregoing has been served by CM/ECF electronic filing.

*/s/P.J. Kee*

2

#111950645v1