**James McCormick**
**April 21, 2026**

**EXHIBIT 4**

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF GEORGIA

VALDOSTA DIVISION

Civil Action No. 7:22-cv-00148-WLS

*************************************

DAWN WOOTEN,

                    Plaintiff,

v.

LASALLE SOUTHEAST, LLC, and

DAVID PAULK, an individual,

                    Defendants.

*************************************

DEPOSITION OF: JAMES MCCORMICK

APPEARING REMOTELY FROM

New Orleans, Louisiana

April 22, 2026      11:34 a.m. (CT)

By Roberta Ebhert

Guardian

APPEARING REMOTELY FROM MARION COUNTY, FLORIDA

**James McCormick**
**April 21, 2026**

REMOTE APPEARANCES:

Representing the Plaintiff:

    T.M. GUYER AND AYERS & FRIENDS, PC
    116 Mistletoe Street
    Medford, OR 97501
    BY:  THAD M. GUYER, ESQ.
    202.417.3910   thad@guyerayers.com

Representing the Defendants:

    JONES WALKER LLP
    201 St. Charles Avenue, Suite 5100
    New Orleans, LA 70170
    BY:  P.J. KEE, ESQ.
    504.582.8643   pkee@joneswalker.com


In attendance:

Kristoffer Bonilla:  Notary Public for the State of Louisiana (Out at 11:36 a.m.)
Stephani Ayers, Government Accountability Project
Kristin Berg, Government Accountability Project
Diana Christian, Government Accountability Project
Marianne Fichtel, Government Accountability Project
Jared Guyer, Government Accountability Project
Jacob Pritt, Jones Walker, LLP

**James McCormick**
**April 21, 2026**

Cole; do you know whether or not she was -- gave information in the investigation?

A.    That wouldn't have been possible.  Ms. Cole had passed away prior to that.

Q.    Okay.  Thank you.  And then, how about Shanise Bell; do you know if she was involved in the investigation?

A.    I don't recall, from review, if I saw her name on anything or not.

Q.    Okay.  Who reported to Lakisha Brown, to your recollection, in July of 2020?

A.    Who reported to her?  I don't quite understand the question.

Q.    Well, I'm trying to kind of picture the chain of command.  So did -- for example did Marion Cole or Shanise Bell report -- well, just say did Shanise Bell -- was Lakisha Brown her superior?

A.    Yes, Ms. Brown was Ms. Bell's superior.

Q.    Okay.  Thanks.  And do you know who Ms. Brown reported to?  Who did she directly report to above her?

A.    Her direct report would have been Dr. Hearn.

Q.    Okay.  All right.  Thank you.

A.    Mm-hmm.

Q.    Okay.  So it -- when is the first you learned of these allegations that Ms. Wooten has made in this lawsuit?

**James McCormick**
**April 21, 2026**

Page 18

A.      September 8th or 9th of 2020.

Q.      Okay.  So your position is -- your recollection is you learned of it, essentially, when the rest of the world learned of it?

A.      That's accurate, yes.

Q.      Okay.  Thanks.  And did you have any responsibility for investigating Ms. Wooten's September concerns?

A.      No, I did not.

Q.      Okay.  Who did the investigation, if you know?

A.      I know there was a contingent from ICE, which we refer to as IHSC, which is the medical arm of ICE, because her allegations were based on medical complaints by nature.

Q.      Okay.

A.      So I know they were involved.

Q.      And how about within -- was there anybody in LaSalle, Southeast that was assigned to do an investigation of Ms. Wooten's September 2020 concerns?

A.      Yes, that would've been Dr. Hearn.

Q.      Okay.  Thank you.  And did you have any involvement in that investigation?

A.      No, sir, I did not.

Q.      Okay.  Do you have any supervisory authority over Dr. Hearn?

**James McCormick**
**April 21, 2026**

Page 23

C E R T I F I C A T E

I, ROBERTA EBHERT, do hereby certify that JAMES MCCORMICK, the witness whose testimony is hereinbefore set forth, was duly sworn remotely on April 22, 2026.

The oath was administered by Kristoffer Bonilla, a Notary Public commissioned in the State of Louisiana.

I further certify that the foregoing transcript is a true and accurate record of the testimony provided, to the best of my knowledge and ability.

I further certify that I am not a relative or employee of any of the parties to this action, nor a relative or employee of counsel for any of the parties, nor am I financially interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 23rd day of April, 2026.



_____
Roberta Ebhert,
Guardian
Certified Deposition
Reporter (CDR)