UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**DAWN WOOTEN,**

     Plaintiff,

                                 Civil No. 7:22-cv-00148-WLS

v.

**LASALLE MANAGEMENT COMPANY,
L.L.C., LASALLE SOUTHEAST, LLC,**
and **DAVID PAULK**, an individual,

     Defendants.

---

**PLAINTIFF'S UNOPPOSED MOTION FOR SEVEN-DAY EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND CORRESPONDING EXTENSION OF REPLY DEADLINE**

Consistent with the Court's Standards of Conduct concerning continuances and extensions of time, section B.1(a) and (e), and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Middle District of Georgia Local Rule 6.2, Plaintiff Dawn Wooten respectfully moves, with the consent of Defendants LaSalle Southeast, LLC and David Paulk, for a seven-day extension of the deadline to file her opposition to Defendants' Motion for Summary Judgment (ECF No. 131), from July 20, 2026, through July 27, 2026. Plaintiff further requests a corresponding seven-day extension of Defendants' deadline to file any reply, through August 10, 2026, thereby preserving Defendants' full fourteen-day reply period under Local Rule 7.3. In support, Plaintiff states as follows:

     1.     Defendants filed their Motion for Summary Judgment on June 29, 2026. ECF No. 131. Under Local Rule 7.2, Plaintiff's opposition is presently due Monday, July 20, 2026.

1

2.      Local Rule 6.2 authorizes an extension to a date certain, not to exceed fourteen days, for the filing of a civil brief. Plaintiff requests seven days, through July 27, 2026. This is Plaintiff's first request to extend the deadline for this opposition.

3.      Good cause supports the requested extension. Plaintiff's lead counsel and litigation team were required to devote substantial time immediately preceding the present deadline to preparing the appellees' response brief in the consolidated Fourth Circuit appeals captioned *Perdue Farms Incorporated v. Keith Sonderling*, Nos. 26-1374 and 26-1375. The brief was filed on July 13, 2026, on behalf of appellee Craig Watts in No. 26-1374 and appellee Rudy Howell in No. 26-1375. That intensive appellate commitment materially reduced the time available to complete Plaintiff's opposition and the accompanying response to Defendants' statement of material facts in this case.

4.      Plaintiff seeks this short extension in good faith so that counsel can complete and carefully review the opposition and supporting materials. The request is not made for purposes of delay.

5.      On July 15, 2026, Plaintiff's counsel conferred by email with Defendants' counsel, P.J. Kee and Jacob J. Pritt, regarding the requested seven-day extension. Mr. Kee advised that Defendants had no objection, provided that their time to file a reply was not shortened. Plaintiff's counsel agreed that the motion would include a corresponding extension of Defendants' reply deadline. The parties therefore agree to the relief requested in this motion.

6.      To preserve Defendants' full reply period under Local Rule 7.3, the parties agree that Defendants may file any reply through August 10, 2026, which is seven days later than the reply date that would otherwise follow Plaintiff's current July 20 deadline.

7.      The requested reciprocal extensions are limited to the opposition and reply concerning ECF No. 131. They are not expected to affect the Court's calendar or the timing of any other deadline, hearing, trial, or future proceeding in any way.

8.      The short and reciprocal extensions will not prejudice any party and will promote the orderly and complete presentation of the issues for the Court.

WHEREFORE, Plaintiff Dawn Wooten respectfully requests that the Court extend (1) Plaintiff's deadline to file her opposition to Defendants' Motion for Summary Judgment through July 27, 2026, and (2) Defendants' deadline to file any reply through August 10, 2026, with all other dates and deadlines remaining unchanged.

Submitted this 16th day of July, 2026

Respectfully.


*/s/ Thad M. Guyer*

Thad M. Guyer
Thad M. Guyer (pro hac vice)
T.M. Guyer & Friends, PC
116 Mistletoe Street
Medford, OR 97501
(206) 535-2395
thad@guyerayers.com

John P. Batson (Ga. Bar No. 042150)
The Law Office of John P. Batson
P.O. Box 3248
Augusta, GA 30914-3248
(706) 722-8191
jpbatson@aol.com

*Attorneys for Plaintiff Dawn Wooten*

3

**CERTIFICATE OF SERVICE**

I certify that on July 16, 2026, I electronically filed the foregoing Plaintiff's Unopposed Motion for Seven-Day Extension of Time to Respond to Defendants' Motion for Summary Judgment and Corresponding Extension of Reply Deadline with the Clerk of Court using the CM/ECF system, which will send notice of filing and a copy of the same to all counsel of record.

*/s/ Thad M. Guyer*

Thad M. Guyer

4