**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

**DAWN WOOTEN,**

      Plaintiff,

                                     Civil No. 7:22-cv-00148-WLS

v.

**LASALLE MANAGEMENT COMPANY,**
**L.L.C., LASALLE SOUTHEAST, LLC,**
and **DAVID PAULK**, an individual,

      Defendants.

_____

**PLAINTIFF'S UNOPPOSED MOTION FOR TWO-DAY EXTENSION OF TIME TO**
**RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND**
**CORRESPONDING EXTENSION OF REPLY DEADLINE**

Consistent with the Court's Standards of Conduct concerning continuances and extensions of time, section B.1(a) and (e), and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Middle District of Georgia Local Rule 6.2, Plaintiff Dawn Wooten respectfully moves for a second time, with the consent of Defendants LaSalle Southeast, LLC and David Paulk, for a seven-day extension of the deadline to file her opposition to Defendants' Motion for Summary Judgment (ECF No. 131), from July 27, 2026 to July 29, 2026. Plaintiff further requests a corresponding two-day extension of Defendants' deadline to file any reply, through August 12, 2026, thereby preserving Defendants' full fourteen-day reply period under Local Rule 7.3. In support, Plaintiff states as follows:

      1.      Defendants filed their Motion for Summary Judgment on June 29, 2026. ECF No. 131. Under Local Rule 7.2, Plaintiff's opposition is presently due Monday, July 27, 2026.

1

2.	Local Rule 6.2 authorizes an extension to a date certain, not to exceed fourteen days, for the filing of a civil brief. Plaintiff requests two days, through July 29, 2026. This is Plaintiff's first request to extend the deadline for this opposition.

3.	Good cause supports the requested extension. Plaintiff's lead counsel Thad M. Guyer was stricken with a serious and painful dental emergency early Monday morning at 3:00 a.m. that is being treated with medications pending a dental appointment later today or tomorrow morning. From counsel's rural location, it is a three hour commute to the dentist. This as materially reduced the time available for counsel to review, edit and approve the motion for summary judgment package submitted to him by his team.

4.	Plaintiff seeks this short extension in good faith so that counsel can complete and carefully review the opposition and supporting materials. The request is not made for purposes of delay.

5.	On July 27, 2026, Plaintiff's counsel conferred by email with Defendants' counsel, P.J. Kee and Jacob J. Pritt, regarding the requested two-day extension. Mr. Kee advised that Defendants had no objection, provided that their time to file a reply was not shortened. Plaintiff's counsel agreed that the motion would include a corresponding extension of Defendants' reply deadline. The parties therefore agree to the relief requested in this motion.

6.	To preserve Defendants' full reply period under Local Rule 7.3, the parties agree that Defendants may file any reply through August 12, 2026, which is two days later than the reply date that would otherwise follow Plaintiff's current July 27 deadline.

7.	The requested reciprocal extensions are limited to the opposition and reply concerning ECF No. 131. They are not expected to affect the Court's calendar or the timing of any other deadline, hearing, trial, or future proceeding in any way.

8.      The short and reciprocal extensions will not prejudice any party and will promote the orderly and complete presentation of the issues for the Court.

WHEREFORE, Plaintiff Dawn Wooten respectfully requests that the Court extend (1) Plaintiff's deadline to file her opposition to Defendants' Motion for Summary Judgment through July 29, 2026, and (2) Defendants' deadline to file any reply through August 12, 2026, with all other dates and deadlines remaining unchanged.

Submitted this 27th day of July, 2026

Respectfully.


*/s/ Thad M. Guyer*

Thad M. Guyer
Thad M. Guyer (pro hac vice)
T.M. Guyer & Friends, PC
116 Mistletoe Street
Medford, OR 97501
(206) 535-2395
thad@guyerayers.com

John P. Batson (Ga. Bar No. 042150)
The Law Office of John P. Batson
P.O. Box 3248
Augusta, GA 30914-3248
(706) 722-8191
jpbatson@aol.com

*Attorneys for Plaintiff Dawn Wooten*

**CERTIFICATE OF SERVICE**

I certify that on July 27, 2026, I electronically filed the foregoing Plaintiff's Unopposed Motion for Seven-Day Extension of Time to Respond to Defendants' Motion for Summary Judgment and Corresponding Extension of Reply Deadline with the Clerk of Court using the CM/ECF system, which will send notice of filing and a copy of the same to all counsel of record.

*/s/ Thad M. Guyer*

Thad M. Guyer