# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

DAWN WOOTEN,                          :
                                      :
    Plaintiff,        :
                                      :
v.                                    :          CASE NO.: 7:22-CV-00148 (WLS)
                                      :
LASALLE SOUTHEAST LLC, *et al.*       :
                                      :
    Defendants.       :
                                      :

## <u>ORDER</u>

Before the Court is Plaintiff's Unopposed Motion for Two-Day Extension of Time to Respond to Defendants' Motion for Summary Judgment and Corresponding Extension of Reply Deadline (Doc. 133) ("Motion"). Therein, Plaintiff requests a two-day extension of the July 27, 2026 deadline for her to respond to the Defendants' Motion for Summary Judgment as well as a two-day extension for Defendants' reply. Plaintiff represents that Defendants do not object to the extension.

The Court notes, however, that Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment (Doc. 134) was timely filed the evening of July 27, 2026. Thus, the requested extension of the response and reply deadlines is moot.

Accordingly, Plaintiff's Motion (Doc. 133) requesting an extension of her response deadline to the Defendants' Motion for Summary Judgment and Defendants' reply deadline is **DENIED. WITHOUT PREJUDICE,** as **MOOT**.

    **SO ORDERED**, this 29th day of July 2026.

                        **/s/W. Louis Sands**
                        **W. LOUIS SANDS, SR. JUDGE**
                        **UNITED STATESDISTRICT COURT**