# EXHIBIT 8

CONFIDENTIAL

LASALLE
CORRECTIONS

# Letter of Correction

☒Counseling #1 ☐Warning

Employee: Wooten, Dawn

Unit/Department: Medical

Last four of SSN:

Date of Corrective Action: 06/22/20

Reason for this action (Cite the date, the employee's action(s), and rules and regulations violated):

06/09/20-Employee was over 30 minutes late to her shift without giving any notice to supervisor. Rule #1, #2, #3,#5

Was employee aware of rules and regulations violated? ☒Yes ☐No

Corrective Action Guidelines provided to employee in this session:

Upon Employment, every new hire is giving a LaSalle Handbook. Nurse Wooten also had several conversations and meetings with Warden Paulk, Nurse Cole, and Nurse Brown.

Nature of employee's response:

This session is considered a preliminary disciplinary action, meant to be constructive in nature, and does not result in a penalty. However, it will remain in the employee's file and will be considered as part of the disciplinary record for 24 months. The employee's signature below verifies he/she received a copy of this Letter of Correction.

Shawne Bell RN 6-25-20

Employee Signature and Date

Supervisor Signature and Date

CONFIDENTIAL

LaSalle Corrections
EMPLOYEE OFFENSE AND PREHEARING INVESTIGATION REPORT

**Purpose:** This form is used to record alleged violations of rules or regulations by employees. It also serves as a prehearing investigation report. If additional space is needed for any portion of this report, a continuation sheet may be attached.

**I. To be completed by the Charging Official:**

**Employee Name:** Wooten Dawn
Last First MI

**SSN:**

**Payroll Job Title:** Nurse-LPN

**Date of Incident:** 06/09
(mm/dd/yyyy)

Description of employee's specific conduct. Do not reference rule number or describe the rule:

Nurse Wooten was over 30 minutes late to her shift on 06/09/20 without giving proper notice of her tardiness

**The employee's conduct may be a violation of rule number:** Rule #1

Shanise Bell DON BSN RN-CCHP — Shanise Bell BSN — 6·25·20

**Charging Official Name and Title (print)** **Signature** **Date**

**II. Employee's Statement:** The prehearing investigator shall obtain an employee's statement:

**Employee's Signature:** ____________________ **Date:** ____________________

CONFIDENTIAL

**III. Witnesses:** Attach All Witness Statements or Interview Statements

**I. Prehearing Investigator's Review and Recommendation:**

**Employee Hearing:** ☐ **Yes** ☐ **No** **If yes, alleged rule violation number(s):** Rule #1, Rule #2, Rule #3, Rule #5

**Comments:** Nurse Wooten has continously not adhered to the handbook in reference to the above mentioned rules. She has continously been late for her shift which in return causes unneccessary overtime for the offgoing shift. Several conversation and meeting have been held with Nurse Wooten with Warden Paulk, the previous HSA, and myself with regards to her attendence.

Lakeysa Brown HSA,BSN-RN-CCHP
**Investigator's Name and Title (print)**

Lakeysa Brown BSN RN
**Signature**

6/28/20
**Date**

**II. Reprimanding Authority's Action:**

☐ Proceed to employee hearing. Alleged rule violation number:
☐ No employee hearing and no action taken.
☐ No employee hearing and other action taken, such as additional training. Attach explanation of action taken.

**Reprimanding Authority's Name and Title** **Signature** **Date**

CONFIDENTIAL

LASALLE
CORRECTIONS

# Letter of Correction

☒Counseling #2 ☐Warning

Employee: Wooten, Dawn

Unit/Department: Medical

Last four of SSN:

Date of Corrective Action: 06/22/20

Reason for this action (Cite the date, the employee's action(s), and rules and regulations violated):

06/14/20-Employee was over 30 minutes late to her shift without giving any notice to supervisor. Rule #1, #2, #3,#5

Was employee aware of rules and regulations violated? ☒Yes ☐No

Corrective Action Guidelines provided to employee in this session:

Upon Employment, every new hire is giving a LaSalle Handbook. Nurse Wooten also had several conversations and meetings with Warden Paulk, Nurse Cole, and Nurse Brown.

Nature of employee's response:

This session is considered a preliminary disciplinary action, meant to be constructive in nature, and does not result in a penalty. However, it will remain in the employee's file and will be considered as part of the disciplinary record for 24 months. The employee's signature below verifies he/she received a copy of this Letter of Correction.

Shawze Bellamy RN 6-25-20

Employee Signature and Date

Supervisor Signature and Date

CONFIDENTIAL

**LaSalle Corrections**
**EMPLOYEE OFFENSE AND PREHEARING INVESTIGATION REPORT**

**Purpose:** This form is used to record alleged violations of rules or regulations by employees. It also serves as a prehearing investigation report. If additional space is needed for any portion of this report, a continuation sheet may be attached.

**I. To be completed by the Charging Official:**

**Employee Name:** Wooten (Last) Dawn (First) (MI) **SSN:**

**Payroll Job Title:** Nurse-LPN **Date of Incident:** 06/14 (mm/dd/yyyy)

Description of employee's specific conduct. Do not reference rule number or describe the rule:

Nurse Wooten was over 30 minutes late to her shift on 06/14/20 without giving proper notice of her tardiness

**The employee's conduct may be a violation of rule number:** Rule #1

Shanise Bell DON BSN RN-CCHP — Shanise Bell BSN — 6·25·20

**Charging Official Name and Title (print)** **Signature** **Date**

**II. Employee's Statement:** The prehearing investigator shall obtain an employee's statement:

**Employee's Signature:** ____________ **Date:** ____________

CONFIDENTIAL

**III. Witnesses:** Attach All Witness Statements or Interview Statements

**I. Prehearing Investigator's Review and Recommendation:**

**Employee Hearing:** ☐ **Yes** ☐ **No** **If yes, alleged rule violation number(s):** Rule #1, Rule #2,Rule #3, Rule #5

**Comments:** Nurse Wooten has continously not adhered to the handbook in reference to the above mentioned rules. She has continously been late for her shift which in return causes unneccessary overtime for the offgoing shift. Several conversation and meeting have been held with Nurse Wooten with Warden Paulk, the previous HSA, and myself with regards to her attendence.

Lakeysa Brown HSA,BSN-RN-CCHP — Lakeysa Brown BSN,RN — 6/25/20

**Investigator's Name and Title (print)** **Signature** **Date**

**II. Reprimanding Authority's Action:**

☐Proceed to employee hearing. Alleged rule violation number:

☐No employee hearing and no action taken.

☐No employee hearing and other action taken, such as additional training. Attach explanation of action taken.

**Reprimanding Authority's Name and Title** **Signature** **Date**

CONFIDENTIAL

LASALLE
CORRECTIONS

# Letter of Correction

☒Counseling #3 ☐Warning

Employee: Wooten, Dawn

Unit/Department: Medical

Last four of SSN:

Date of Corrective Action: 06/22/20

Reason for this action (Cite the date, the employee's action(s), and rules and regulations violated):

06/17/20-Employee was over 30 minutes late to her shift without giving any notice to supervisor. Rule #1, #2, #3,#5

Was employee aware of rules and regulations violated? ☒Yes ☐No

Corrective Action Guidelines provided to employee in this session:

Upon Employment, every new hire is giving a LaSalle Handbook. Nurse Wooten also had several conversations and meetings with Warden Paulk, Nurse Cole, and Nurse Brown.

Nature of employee's response:

This session is considered a preliminary disciplinary action, meant to be constructive in nature, and does not result in a penalty. However, it will remain in the employee's file and will be considered as part of the disciplinary record for 24 months. The employee's signature below verifies he/she received a copy of this Letter of Correction.

Employee Signature and Date

Shawne Bell BSN 6-25-20

Supervisor Signature and Date

CONFIDENTIAL

LaSalle Corrections

# EMPLOYEE OFFENSE AND PREHEARING INVESTIGATION REPORT

**Purpose:** This form is used to record alleged violations of rules or regulations by employees. It also serves as a prehearing investigation report. If additional space is needed for any portion of this report, a continuation sheet may be attached.

**I. To be completed by the Charging Official:**

**Employee Name:** Wooten (Last) Dawn (First) (MI) **SSN:**

**Payroll Job Title:** Nurse-LPN

**Date of Incident:** 06/17 (mm/dd/yyyy)

Description of employee's specific conduct. Do not reference rule number or describe the rule:

Nurse Wooten was over 30 minutes late to her shift on 06/17/20 without giving proper notice of her tardiness

**The employee's conduct may be a violation of rule number:** Rule #1

Shanise Bell DON BSN RN-CCHP — Shanise Bell RN — 6.25.20

**Charging Official Name and Title (print)** **Signature** **Date**

**II. Employee's Statement:** The prehearing investigator shall obtain an employee's statement:

**Employee's Signature:** ______________________ **Date:** ______________________

CONFIDENTIAL

**III. Witnesses:** Attach All Witness Statements or Interview Statements

**I. Prehearing Investigator's Review and Recommendation:**

**Employee Hearing:** ☐ **Yes** ☐ **No** **If yes, alleged rule violation number(s):** Rule #1, Rule #2,Rule #3, Rule #5

**Comments:** Nurse Wooten has continously not adhered to the handbook in reference to the above mentioned rules. She has continously been late for her shift which in return causes unneccessary overtime for the offgoing shift. Several conversation and meeting have been held with Nurse Wooten with Warden Paulk, the previous HSA, and myself with regards to her attendence.

| Investigator's Name and Title (print) | Signature | Date |
|---|---|---|
| Lakeysa Brown HSA,BSN-RN-CCHP | Lakeysa Brown BSN, RN | 6/25/20 |

**II. Reprimanding Authority's Action:**

☐Proceed to employee hearing. Alleged rule violation number:
☐No employee hearing and no action taken.
☐No employee hearing and other action taken, such as additional training. Attach explanation of action taken.

| Reprimanding Authority's Name and Title | Signature | Date |
|---|---|---|
| | | |

CONFIDENTIAL

LASALLE
CORRECTIONS

# Letter of Correction

☐Counseling ☒Warning

Employee: Wooten, Dawn

Unit/Department: Medical

Last four of SSN:

Date of Corrective Action: 06/22/20

Reason for this action (Cite the date, the employee's action(s), and rules and regulations violated):

06/18/20-Employee was over 30 minutes late to her shift without giving any notice to supervisor. Rule #1, #2, #3,#5

Was employee aware of rules and regulations violated? ☒Yes ☐No

Corrective Action Guidelines provided to employee in this session:

Upon Employment, every new hire is giving a LaSalle Handbook. Nurse Wooten also had several conversations and meetings with Warden Paulk, Nurse Cole, and Nurse Brown.

Nature of employee's response:

This session is considered a preliminary disciplinary action, meant to be constructive in nature, and does not result in a penalty. However, it will remain in the employee's file and will be considered as part of the disciplinary record for 24 months. The employee's signature below verifies he/she received a copy of this Letter of Correction.

Employee Signature and Date

Shonna Bell 6-25-20

Supervisor Signature and Date

CONFIDENTIAL

LaSalle Corrections
**EMPLOYEE OFFENSE AND PREHEARING INVESTIGATION REPORT**

**Purpose:** This form is used to record alleged violations of rules or regulations by employees. It also serves as a prehearing investigation report. If additional space is needed for any portion of this report, a continuation sheet may be attached.

**I. To be completed by the Charging Official:**

**Employee Name:** Wooten Dawn
Last First MI

**SSN:**

**Payroll Job Title:** Nurse-LPN

**Date of Incident:** 06/18

(mm/dd/yyyy)

Description of employee's specific conduct. Do not reference rule number or describe the rule:

Nurse Wooten was over 30 minutes late to her shift on 06/18/20 without giving proper notice of her tardiness

**The employee's conduct may be a violation of rule number:** Rule #1

Shanise Bell DON BSN RN-CCHP — Shanise Bell BSN — 6-25-20

**Charging Official Name and Title (print)** **Signature** **Date**

**II. Employee's Statement:** The prehearing investigator shall obtain an employee's statement:

**Employee's Signature:** ______________________ **Date:** ______________________

**III. Witnesses:** Attach All Witness Statements or Interview Statements

**I. Prehearing Investigator's Review and Recommendation:**

**If yes, alleged rule**

**Employee Hearing:** ☐ **Yes** ☐ **No violation number(s):** Rule #1, Rule #2,Rule #3, Rule #5

**Comments:** Nurse Wooten has continously not adhered to the handbook in reference to the above mentioned rules. She has continously been late for her shift which in return causes unneccessary overtime for the offgoing shift. Several conversation and meeting have been held with Nurse Wooten with Warden Paulk, the previous HSA, and myself with regards to her attendence.

Lakeysa Brown HSA,BSN-RN-CCHP — Lakeysa Brown BSN, RN — 6/25/20

**Investigator's Name and Title (print)** **Signature** **Date**

**II. Reprimanding Authority's Action:**

☐Proceed to employee hearing. Alleged rule violation number:
☐No employee hearing and no action taken.
☐No employee hearing and other action taken, such as additional training. Attach explanation of action taken.

**Reprimanding Authority's Name and Title** **Signature** **Date**



LaSalle_00571