# EXHIBIT 9

CONFIDENTIAL

7/2/20

Per DW

Nurse Wooten is going PRN per Warden Pauck - upon her return she will be served.

(K)