# EXHIBIT 10

CONFIDENTIAL

# LASALLE CORRECTIONS

FACILITY ICDC

PERSONNEL STATUS/CHANGE REPORT

Employee ID Number: 1B378313D

**REASON FOR ACTION**

☐ NEW HIRE ☐ REHIRE ☐ SALARY CHANGE ☐ TERMINATION ☐ ADDRESS CHANGE ☐ JOB TITLE CHANGE ☑ Other

**EMPLOYEE INFORMATION - Please Print**

| LAST NAME (Name on SS Card) | FIRST NAME | MI | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| Wooten | Dawn | | |

| ADDRESS | CITY | ST | ZIP |
|---|---|---|---|
| | | | |

| COUNTY | HIRE DATE | FIRST DAY WORKED | PHONE NUMBER(S) |
|---|---|---|---|
| | | | |

**NEW HIRE INFORMATION**

| ☐ New Hire ☐ Rehire | FT Hours per week: | JOB TITLE | PAY RATE: $ (PER HOUR) $ (PER PAY PERIOD) |
|---|---|---|---|

SCA CONTRACT EMPLOYEE ☐ YES ☐ NO

| SMOKER STATUS | EMAIL ADDRESS |
|---|---|
| | |

**EMERGENCY NOTIFICATION (Please list two names)**

| | |
|---|---|
| NAME | ADDRESS |
| PHONE | RELATIONSHIP |
| NAME | ADDRESS |
| PHONE | RELATIONSHIP |

**TERMINATION**

| TERMINATION | REASON FOR TERMINATION | |
|---|---|---|
| LAST DAY WORKED | TERMINATION DATE | NOTES |

**EMPLOYEE STATUS CHANGE**

| NEW PAY RATE | EFFECTIVE DATE (Must be first day of pay period) | CHANGE IN WORK STATUS TO: |
|---|---|---|
| | 7/2/20 | Part time PRN |

| NEW ADDRESS | CITY | ST | ZIP |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| NEW NAME | REASON | EFFECTIVE DATE |
| NEW MARITAL STATUS | REASON | EFFECTIVE DATE |

**SIGNATURES**

| | | | |
|---|---|---|---|
| EMPLOYEE | Date | HR REPRESENTATIVE [signature] | Date 7/10/20 |
| WARDEN [signature] | Date 7-20-20 | DATE ENTERED IN HRMS | |

CONFIDENTIAL

LASALLE
CORRECTIONS

# Letter of Correction-Counseling #1

☒Counseling ☐Warning

Employee: Wooten, Dawn

Unit/Department: Medical

Last four of SSN:

Date of Corrective Action: 06/28/20

Reason for this action (Cite the date, the employee's action(s), and rules and regulations violated):

Nurse Wooten was a No call no show on 06/28/20

Was employee aware of rules and regulations violated? ☒Yes ☐No

Corrective Action Guidelines provided to employee in this session:

Joan Whitley HR advised Nurse Wooten that she would have to call out for each day she is out of work. Nurse Wooten was also advised by Nurse Brown that she is to do as Joan advised

Nature of employee's response:

This session is considered a preliminary disciplinary action, meant to be constructive in nature, and does not result in a penalty. However, it will remain in the employee's file and will be considered as part of the disciplinary record for 24 months. The employee's signature below verifies he/she received a copy of this Letter of Correction.

Employee Signature and Date

Sharnne Bell BSN RN DON CCHP 6/29/20

Supervisor Signature and Date

CONFIDENTIAL

LASALLE
CORRECTIONS

# Letter of Correction-Counseling #2

☒Counseling ☐Warning

Employee: Wooten, Dawn

Unit/Department: Medical

Last four of SSN:

Date of Corrective Action: 06/27/20

Reason for this action (Cite the date, the employee's action(s), and rules and regulations violated):

Nurse Wooten was a No call no show on 06/27/20

Was employee aware of rules and regulations violated? ☒Yes ☐No

Corrective Action Guidelines provided to employee in this session:

Joan Whitley HR advised Nurse Wooten that she would have to call out for each day she is out of work. Nurse Wooten was also advised by Nurse Brown that she is to do as Joan advised

Nature of employee's response:

This session is considered a preliminary disciplinary action, meant to be constructive in nature, and does not result in a penalty. However, it will remain in the employee's file and will be considered as part of the disciplinary record for 24 months. The employee's signature below verifies he/she received a copy of this Letter of Correction.

Employee Signature and Date

Shawne Bellbrown RN DON CCHP 6/29/20

Supervisor Signature and Date



Rev. 042319