# EXHIBIT 11

CONFIDENTIAL
Wooten

LASALLE
CORRECTIONS

# IRWIN COUNTY DETENTION CENTER

132 Cotton Drive
Ocilla, GA 31774

P. 229.468.4121
F. 229.468.4186

## MEMORANDUM

To: All ICDC Staff
From: Warden Paulk RAPaulk 6-18-2020

As we all begin to adjust to the "new norm" of life with COVID-19, LaSalle is continuing to work with employees regarding leave usage to address this novel virus. To assist with clarity on leave usage and instruction while out, the following will be the standard going forward in regards to absence(s) and leave usage requirements:

- Employees will continue to be allowed to choose whether or not they wish to use sick and/or vacation leave if they are awaiting their results from a COVID-19 test and, if the results are positive, for their recuperation time as outlined by their physician. The dates of the absences and the testing documentation must coincide.
- Administrative paid leave for COVID-19 is not decided at the local level; it is decided at the corporate level.
- Whether you choose to get tested for COVID-19 or you are required to be tested, it is your responsibility to maintain contact with your supervisor regarding your absence(s). Employees are required to call out each day of their absence unless they have submitted a physician's note with specific dates of absence.
- Any missed time from work for any other reason NOT related to COVID-19 testing will be required to apply available sick or vacation time, based on the reason for leave. Again, any time missed from a scheduled work day requires a leave form, having the adequate amount of available leave, and use of the available leave.

Tam Wooten LPN
7/1/2020 @ 1417