# EXHIBIT 13

CONFIDENTIAL

**David Paulk**

**From:** James McCormick <jmccormick@lasallecorrections.com>
**Sent:** Monday, September 14, 2020 11:18 AM
**To:** Leah Sumrall
**Cc:** David Paulk
**Subject:** Fw: Lack of Medical Care, Unsafe Work Practices, and Absence of Adequate Protection Against COVID-19 for Detained Immigrants and Employees Alike at the Irwin County Detention Center
**Attachments:** 9.14.2020 OIG ICDC Complaint.pdf

[redacted]

James McCormick
Director of Operations - Louisiana
(318) 232-1500- office
(903) 733-0150- cell

---

**From:** David Paulk <dpaulk@irwincdc.com>
**Sent:** Monday, September 14, 2020 6:00 AM
**To:** Ryan Horvath <ryan@lasallecorrections.com>; James McCormick <jmccormick@lasallecorrections.com>
**Subject:** FW: Lack of Medical Care, Unsafe Work Practices, and Absence of Adequate Protection Against COVID-19 for Detained Immigrants and Employees Alike at the Irwin County Detention Center

Received from Project South and this is in conjunction with the whistle blower complaint. My H.S.A> is out on a family emergency but I have spoken to the D.O.N. this morning to facilitate initiating some responses. She has also been advised that of the conditions surrounding the "whistle blower" issue and that the information is not to be discussed with any other staff. At last report the H.S.A. stated that they are checking to determine if her husband has suffered a stroke but we do not have confirmation at this time. It appears that the complaints in this document somewhat relate to the SPLC litigation.

Respectfully,

David Paulk
ICDC

**From:** Priyanka Bhatt <priyanka@projectsouth.org>
**Sent:** Monday, September 14, 2020 6:00 AM
**To:** David Paulk <dpaulk@irwincdc.com>
**Cc:** Azadeh Shahshahani <azadeh@projectsouth.org>
**Subject:** Lack of Medical Care, Unsafe Work Practices, and Absence of Adequate Protection Against COVID-19 for Detained Immigrants and Employees Alike at the Irwin County Detention Center

Dear Warden Paulk,

Project South, Georgia Detention Watch, Georgia Latino Alliance for Human Rights, and South Georgia Immigrant Support Network file this complaint regarding deliberate lack of medical care, unsafe work practices, and absence of adequate protection against COVID-19 for detained immigrants and employees alike at the Irwin County Detention Center.