# EXHIBIT 14

CONFIDENTIAL

| Employee Name | Period Start | Period End | Check Date | Check Number |
|---|---|---|---|---|
| | 12/22/2019 | 1/4/2020 | 1/10/2020 | 18965 |
| | Employee No | Soc. Sec. No | Hours Paid | Check Amount |
| Wooten, Dawn N | IR378313D | | 80.52 | $1,420.65 |

| Current Earnings | Current Deductions | Current Taxes | YTD Earnings | YTD Subject to FIT | YTD Net Pay |
|---|---|---|---|---|---|
| 1,932.48 | 254.84 | 256.99 | 1,932.48 | 1,705.02 | 1,420.65 |

| Category | Earning/Ded/Tax | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date | Balance |
|---|---|---|---|---|---|---|---|---|
| Earnings | Holiday | Regular | 16.00 | 24.00000 | | 384.00 | 384.00 | |
| | Regular | Regular | 64.52 | 24.00000 | | 1,548.48 | 1,548.48 | |
| Deductions | 20 ChSupLif | | | 0.90 | | 0.90 | 0.90 | |
| | 20 Dental | | | 17.58 | | 17.58 | 17.58 | |
| | 20 EMP FED3000 | | | 203.10 | | 203.10 | 203.10 | |
| | 2020 LTD | | | 12.48 | | 12.48 | 12.48 | |
| | 20 Supp Life | | | 14.00 | | 14.00 | 14.00 | |
| | 20 Vision | | | 6.78 | | 6.78 | 6.78 | |
| Taxes | FIT | | | | 1,705.02 | 80.24 | 80.24 | |
| | Medicare | | | | 1,705.02 | 24.72 | 24.72 | |
| | Soc Sec | | | | 1,705.02 | 105.71 | 105.71 | |
| | GA SIT | | | | 1,705.02 | 46.32 | 46.32 | |
| Direct Deposit | Bank of America | | | 100.00000 | 1,420.65 | 1,420.65 | | |

CONFIDENTIAL



T&A.NET - LaSalle Management Co
Employee Timecards 12/22/2019 to 1/4/2020 printed at 13:39 on 1/6/2020

| Date | Employee | Punches | REG | OT | Vaca | Holiday | Sick | Totals | Timecard Reason |
|---|---|---|---|---|---|---|---|---|---|
| EMPLOYEE: Wooten , Dawn N | | | | | | | | | |
| | | | | | | | | | |
| 1/2/2020 | | 6:19AM,7:06AM | 0.78 | | | | | 0.78 | |
| 1/4/2020 | | 5:48AM,6:27PM | 12.65 | | | | | 12.65 | |
| 12/24/2019 | | 6:38AM,6:18PM | 11.67 | | | | | 11.67 | |
| 12/26/2019 | | 5:56AM,7:24PM | 13.47 | | | | | 13.47 | |
| 12/27/2019 | | 6:06AM,7:28PM | 13.37 | | | | | 13.37 | |
| 12/31/2019 | | 6:28AM,7:03PM | 12.58 | | | | | 12.58 | |
| IR378313D | Wooten, Dawn | | **64.52** | | | | | **64.52** | |

CONFIDENTIAL

| Employee Name | Period Start | Period End | Check Date | Check Number |
|---|---|---|---|---|
| | 1/5/2020 | 1/18/2020 | 1/24/2020 | 19203 |
| Wooten, Dawn N | **Employee No** | **Soc. Sec. No** | **Hours Paid** | **Check Amount** |
| | IR378313D | | 67.99 | $1,235.88 |

| Current Earnings | Current Deductions | Current Taxes | YTD Earnings | YTD Subject to FIT | YTD Net Pay |
|---|---|---|---|---|---|
| 1,684.80 | 254.85 | 194.07 | 3,617.28 | 3,162.35 | 2,656.53 |

| Category | Earning/Ded/Tax | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date | Balance |
|---|---|---|---|---|---|---|---|---|
| Earnings | Holiday | | | | | | 384.00 | |
| | Overtime | Overtime | 4.42 | 36.00000 | | 159.12 | 159.12 | |
| | Regular | Regular | 63.57 | 24.00000 | | 1,525.68 | 3,074.16 | |
| Deductions | 20 ChSupLif | | | 0.90 | | 0.90 | 1.80 | |
| | 20 Dental | | | 17.58 | | 17.58 | 35.16 | |
| | 20 EMP FED3000 | | | 203.10 | | 203.10 | 406.20 | |
| | 2020 LTD | | | 12.48 | | 12.48 | 24.96 | |
| | 20 Supp Life | | | 14.00 | | 14.00 | 28.00 | |
| | 20 Vision | | | 6.79 | | 6.79 | 13.57 | |
| Taxes | FIT | | | | 1,457.33 | 50.51 | 130.75 | |
| | Medicare | | | | 1,457.33 | 21.13 | 45.85 | |
| | Soc Sec | | | | 1,457.33 | 90.35 | 196.06 | |
| | GA SIT | | | | 1,457.33 | 32.08 | 78.40 | |
| Direct Deposit | Bank of America | | | 100.00000 | 1,235.88 | 1,235.88 | | |

CONFIDENTIAL



T&A.NET - LaSalle Management Co
Employee Timecards 1/5/2020 to 1/18/2020 printed at 10:20 on 1/21/2020

| Date | Employee | Punches | REG | OT | Vaca | Holiday | Sick | Totals | Timecard Reason |
|---|---|---|---|---|---|---|---|---|---|
| EMPLOYEE: Wooten , Dawn N | | | | | | | | | |
| | | | | | | | | | |
| 1/13/2020 | | 7:56AM,5:35PM | 9.65 | | | | | 9.65 | |
| 1/15/2020 | | 6:36AM,5:43PM | 11.12 | | | | | 11.12 | |
| 1/17/2020 | | 6:33AM,6:37PM | 12.07 | | | | | 12.07 | |
| 1/18/2020 | | 6:47AM,6:22PM | 7.17 | 4.42 | | | | 11.58 | |
| 1/8/2020 | | 6:34AM,5:49PM | 11.25 | | | | | 11.25 | |
| 1/9/2020 | | 6:49AM,7:08PM | 12.32 | | | | | 12.32 | |
| **IR378313D** | **Wooten, Dawn** | | **63.57** | **4.42** | | | | **67.98** | |

CONFIDENTIAL

| Employee Name | Period Start | Period End | Check Date | Check Number |
|---|---|---|---|---|
| | 1/19/2020 | 2/1/2020 | 2/7/2020 | 19444 |
| | Employee No | Soc. Sec. No | Hours Paid | Check Amount |
| Wooten, Dawn N | IR378313D | | 65.45 | $1,150.63 |

| Current Earnings | Current Deductions | Current Taxes | YTD Earnings | YTD Subject to FIT | YTD Net Pay |
|---|---|---|---|---|---|
| 1,570.80 | 254.85 | 165.32 | 5,188.08 | 4,505.69 | 3,807.16 |

| Category | Earning/Ded/Tax | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date | Balance |
|---|---|---|---|---|---|---|---|---|
| Earnings | Holiday | Regular | 8.00 | 24.00000 | | 192.00 | 576.00 | |
| | Overtime | | | | | | 159.12 | |
| | Regular | Regular | 49.45 | 24.00000 | | 1,186.80 | 4,260.96 | |
| | Sick | Regular | 8.00 | 24.00000 | | 192.00 | 192.00 | |
| Deductions | 20 ChSupLif | | | 0.90 | | 0.90 | 2.70 | |
| | 20 Dental | | | 17.58 | | 17.58 | 52.74 | |
| | 20 EMP FED3000 | | | 203.10 | | 203.10 | 609.30 | |
| | 2020 LTD | | | 12.48 | | 12.48 | 37.44 | |
| | 20 Supp Life | | | 14.00 | | 14.00 | 42.00 | |
| | 20 Vision | | | 6.79 | | 6.79 | 20.36 | |
| Taxes | FIT | | | | 1,343.34 | 37.03 | 167.78 | |
| | Medicare | | | | 1,343.34 | 19.48 | 65.33 | |
| | Soc Sec | | | | 1,343.34 | 83.29 | 279.35 | |
| | GA SIT | | | | 1,343.34 | 25.52 | 103.92 | |
| Other | 20 ER FED3000 | | | 303.69 | | 303.69 | 303.69 | |
| Direct Deposit | Bank of America | | | 100.00000 | 1,150.63 | 1,150.63 | | |

CONFIDENTIAL



T&A.NET - LaSalle Management Co
Employee Timecards 1/19/2020 to 2/1/2020 printed at 15:01 on 2/3/2020

| Date | Employee | Punches | REG | OT | Vaca | Holiday | Sick | Totals | Timecard Reason |
|---|---|---|---|---|---|---|---|---|---|
| EMPLOYEE: Wooten , Dawn N | | | | | | | | | |
| | | | | | | | | | |
| 1/19/2020 | | 6:18AM,8:20PM | 14.03 | | | | | 14.03 | |
| 1/22/2020 | | | | | | | 8.00 | 8.00 | |
| 1/24/2020 | | 6:20AM,5:11PM | 10.85 | | | | | 10.85 | |
| 1/27/2020 | | 6:15AM,6:29PM | 12.23 | | | | | 12.23 | |
| 2/1/2020 | | 6:13AM,6:33PM | 12.33 | | | | | 12.33 | |
| **IR378313D** | **Wooten, Dawn** | | **49.45** | | | | **8.00** | **57.45** | |

CONFIDENTIAL

| Employee Name | Period Start | Period End | Check Date | Check Number |
|---|---|---|---|---|
| | 2/2/2020 | 2/15/2020 | 2/21/2020 | 19694 |
| Wooten, Dawn N | **Employee No** | **Soc. Sec. No** | **Hours Paid** | **Check Amount** |
| | IR378313D | | 68.78 | $1,210.45 |

| Current Earnings | Current Deductions | Current Taxes | YTD Earnings | YTD Subject to FIT | YTD Net Pay |
|---|---|---|---|---|---|
| 1,650.72 | 254.85 | 185.42 | 6,838.80 | 5,928.93 | 5,017.61 |

| Category | Earning/Ded/Tax | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date | Balance |
|---|---|---|---|---|---|---|---|---|
| Earnings | Holiday | | | | | | 576.00 | |
| | Overtime | | | | | | 159.12 | |
| | Regular | Regular | 58.28 | 24.00000 | | 1,398.72 | 5,659.68 | |
| | Sick | Regular | 10.50 | 24.00000 | | 252.00 | 444.00 | |
| Deductions | 20 ChSupLif | | | 0.90 | | 0.90 | 3.60 | |
| | 20 Dental | | | 17.58 | | 17.58 | 70.32 | |
| | 20 EMP FED3000 | | | 203.10 | | 203.10 | 812.40 | |
| | 2020 LTD | | | 12.48 | | 12.48 | 49.92 | |
| | 20 Supp Life | | | 14.00 | | 14.00 | 56.00 | |
| | 20 Vision | | | 6.79 | | 6.79 | 27.15 | |
| Taxes | FIT | | | | 1,423.25 | 46.42 | 214.20 | |
| | Medicare | | | | 1,423.25 | 20.64 | 85.97 | |
| | Soc Sec | | | | 1,423.25 | 88.24 | 367.59 | |
| | GA SIT | | | | 1,423.25 | 30.12 | 134.04 | |
| Other | 20 ER FED3000 | | | 303.69 | | 303.69 | 607.38 | |
| Direct Deposit | Bank of America | | | 100.00000 | 1,210.45 | 1,210.45 | | |

CONFIDENTIAL

T&A.NET - LaSalle Management Co
Employee Timecards 2/2/2020 to 2/15/2020 printed at 10:14 on 2/18/2020



| Date | Employee | Punches | REG | OT | Vaca | Holiday | Sick | Totals | Timecard Reason |
|---|---|---|---|---|---|---|---|---|---|
| EMPLOYEE: Wooten , Dawn N | | | | | | | | | |
| | | | | | | | | | |
| 2/10/2020 | | 6:03AM,2:15PM | 8.20 | | | | | 8.20 | |
| 2/11/2020 | | | | | | | 2.50 | 2.50 | |
| 2/14/2020 | | 6:06AM,6:47PM | 12.68 | | | | | 12.68 | |
| 2/15/2020 | | 6:02AM,6:28PM | 12.43 | | | | | 12.43 | |
| 2/2/2020 | | 5:58AM,6:49PM | 12.85 | | | | | 12.85 | |
| 2/3/2020 | | | | | | | 8.00 | 8.00 | |
| 2/5/2020 | | 6:19AM,6:26PM | 12.12 | | | | | 12.12 | |
| **IR378313D** | **Wooten, Dawn** | | **58.28** | | | | **10.50** | **68.78** | |

CONFIDENTIAL

| Employee Name | Period Start | Period End | Check Date | Check Number |
|---|---|---|---|---|
| | 2/16/2020 | 2/29/2020 | 3/6/2020 | 19946 |
| Wooten, Dawn N | **Employee No** | **Soc. Sec. No** | **Hours Paid** | **Check Amount** |
| | IR378313D | | 70.45 | $1,246.17 |

| Current Earnings | Current Deductions | Current Taxes | YTD Earnings | YTD Subject to FIT | YTD Net Pay |
|---|---|---|---|---|---|
| 1,698.60 | 254.85 | 197.58 | 8,537.40 | 7,400.07 | 6,263.78 |

| Category | Earning/Ded/Tax | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date | Balance |
|---|---|---|---|---|---|---|---|---|
| Earnings | Holiday | Regular | 8.00 | 24.00000 | | 192.00 | 768.00 | |
| | Overtime | Overtime | 0.65 | 36.00000 | | 23.40 | 182.52 | |
| | Regular | Regular | 61.80 | 24.00000 | | 1,483.20 | 7,142.88 | |
| | Sick | | | | | | 444.00 | |
| Deductions | 20 ChSupLif | | | 0.90 | | 0.90 | 4.50 | |
| | 20 Dental | | | 17.58 | | 17.58 | 87.90 | |
| | 20 EMP FED3000 | | | 203.10 | | 203.10 | 1,015.50 | |
| | 2020 LTD | | | 12.48 | | 12.48 | 62.40 | |
| | 20 Supp Life | | | 14.00 | | 14.00 | 70.00 | |
| | 20 Vision | | | 6.79 | | 6.79 | 33.94 | |
| Taxes | FIT | | | | 1,471.14 | 52.17 | 266.37 | |
| | Medicare | | | | 1,471.14 | 21.33 | 107.30 | |
| | Soc Sec | | | | 1,471.14 | 91.21 | 458.80 | |
| | GA SIT | | | | 1,471.14 | 32.87 | 166.91 | |
| Other | 20 ER FED3000 | | | 303.69 | | 303.69 | 911.07 | |
| Direct Deposit | Bank of America | | | 100.00000 | 1,246.17 | 1,246.17 | | |

CONFIDENTIAL



T&A.NET - LaSalle Management Co
Employee Timecards 2/16/2020 to 2/29/2020 printed at 10:35 on 3/2/2020

| Date | Employee | Punches | REG | OT | Vaca | Holiday | Sick | Totals | Timecard Reason |
|---|---|---|---|---|---|---|---|---|---|
| EMPLOYEE: Wooten , Dawn N | | | | | | | | | |
| | | | | | | | | | |
| 2/16/2020 | | 5:53AM,3:39PM | 9.77 | | | | | 9.77 | |
| 2/19/2020 | | 6:41AM,6:43PM | 12.03 | | | | | 12.03 | |
| 2/24/2020 | | 6:02AM,6:34PM | 12.53 | | | | | 12.53 | |
| 2/26/2020 | | 6:34AM,6:41PM | 12.12 | | | | | 12.12 | |
| 2/27/2020 | | 8:59AM,1:50PM | 4.85 | | | | | 4.85 | |
| 2/29/2020 | | 5:57AM,5:06PM | 10.50 | 0.65 | | | | 11.15 | |
| IR378313D | Wooten, Dawn | | **61.80** | **0.65** | | | | **62.45** | |

CONFIDENTIAL

| Employee Name | Period Start | Period End | Check Date | Check Number |
|---|---|---|---|---|
| | 3/1/2020 | 3/14/2020 | 3/20/2020 | 20195 |
| Wooten, Dawn N | Employee No | Soc. Sec. No | Hours Paid | Check Amount |
| | IR378313D | | 73.38 | $1,292.81 |

| Current Earnings | Current Deductions | Current Taxes | YTD Earnings | YTD Subject to FIT | YTD Net Pay |
|---|---|---|---|---|---|
| 1,761.12 | 254.85 | 213.46 | 10,298.52 | 8,933.71 | 7,556.59 |

| Category | Earning/Ded/Tax | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date | Balance |
|---|---|---|---|---|---|---|---|---|
| Earnings | Holiday | | | | | | 768.00 | |
| | Overtime | | | | | | 182.52 | |
| | Regular | Regular | 73.38 | 24.00000 | | 1,761.12 | 8,904.00 | |
| | Sick | | | | | | 444.00 | |
| Deductions | 20 ChSupLif | | | 0.90 | | 0.90 | 5.40 | |
| | 20 Dental | | | 17.58 | | 17.58 | 105.48 | |
| | 20 EMP FED3000 | | | 203.10 | | 203.10 | 1,218.60 | |
| | 2020 LTD | | | 12.48 | | 12.48 | 74.88 | |
| | 20 Supp Life | | | 14.00 | | 14.00 | 84.00 | |
| | 20 Vision | | | 6.79 | | 6.79 | 40.73 | |
| Taxes | FIT | | | | 1,533.65 | 59.67 | 326.04 | |
| | Medicare | | | | 1,533.65 | 22.24 | 129.54 | |
| | Soc Sec | | | | 1,533.65 | 95.09 | 553.89 | |
| | GA SIT | | | | 1,533.65 | 36.46 | 203.37 | |
| Other | 20 ER FED3000 | | | 303.69 | | 303.69 | 1,214.76 | |
| Direct Deposit | Bank of America | | | 100.00000 | 1,292.81 | 1,292.81 | | |

CONFIDENTIAL

T&A.NET - LaSalle Management Co

*Employee Timecards 3/1/2020 to 3/14/2020 printed at 8:59 on 3/17/2020*



| Date | Employee | Punches | REG | OT | Vaca | Holiday | Sick | Totals | Timecard Reason |
|---|---|---|---|---|---|---|---|---|---|
| EMPLOYEE: Wooten , Dawn N | | | | | | | | | |
| | | | | | | | | | |
| 3/1/2020 | | 6:06AM,6:35PM | 12.48 | | | | | 12.48 | |
| 3/11/2020 | | 6:29AM,6:21PM | 11.87 | | | | | 11.87 | |
| 3/14/2020 | | 6:15AM,6:43PM | 12.47 | | | | | 12.47 | |
| 3/4/2020 | | 6:05AM,6:19PM | 12.23 | | | | | 12.23 | |
| 3/6/2020 | | 6:09AM,6:19PM | 12.17 | | | | | 12.17 | |
| 3/9/2020 | | 6:12AM,6:22PM | 12.17 | | | | | 12.17 | |
| **IR378313D** | **Wooten, Dawn** | | **73.38** | | | | | **73.38** | |

CONFIDENTIAL

| Employee Name | Period Start | Period End | Check Date | Check Number |
|---|---|---|---|---|
| | 3/15/2020 | 3/28/2020 | 4/3/2020 | 20446 |
| Wooten, Dawn N | Employee No | Soc. Sec. No | Hours Paid | Check Amount |
| | IR378313D | | 70.28 | $1,287.25 |

| Current Earnings | Current Deductions | Current Taxes | YTD Earnings | YTD Subject to FIT | YTD Net Pay |
|---|---|---|---|---|---|
| 1,753.68 | 254.85 | 211.58 | 12,052.20 | 10,459.92 | 8,843.84 |

| Category | Earning/Ded/Tax | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date | Balance |
|---|---|---|---|---|---|---|---|---|
| Earnings | Holiday | | | | | | 768.00 | |
| | Overtime | Overtime | 5.58 | 36.00000 | | 200.88 | 383.40 | |
| | Regular | Regular | 64.70 | 24.00000 | | 1,552.80 | 10,456.80 | |
| | Sick | | | | | | 444.00 | |
| Deductions | 20 ChSupLif | | | 0.90 | | 0.90 | 6.30 | |
| | 20 Dental | | | 17.58 | | 17.58 | 123.06 | |
| | 20 EMP FED3000 | | | 203.10 | | 203.10 | 1,421.70 | |
| | 2020 LTD | | | 12.48 | | 12.48 | 87.36 | |
| | 20 Supp Life | | | 14.00 | | 14.00 | 98.00 | |
| | 20 Vision | | | 6.79 | | 6.79 | 47.52 | |
| Taxes | FIT | | | | 1,526.21 | 58.78 | 384.82 | |
| | Medicare | | | | 1,526.21 | 22.13 | 151.67 | |
| | Soc Sec | | | | 1,526.21 | 94.63 | 648.52 | |
| | GA SIT | | | | 1,526.21 | 36.04 | 239.41 | |
| Other | 20 ER FED3000 | | | 303.69 | | 303.69 | 1,518.45 | |
| Direct Deposit | Bank of America | | | 100.00000 | 1,287.25 | 1,287.25 | | |

CONFIDENTIAL



T&A.NET - LaSalle Management Co
Employee Timecards 3/15/2020 to 3/28/2020 printed at 12:01 on 3/30/2020

| Date | Employee | Punches | REG | OT | Vaca | Holiday | Sick | Totals | Timecard Reason |
|---|---|---|---|---|---|---|---|---|---|
| EMPLOYEE: Wooten , Dawn N | | | | | | | | | |
| | | | | | | | | | |
| 3/15/2020 | | 6:10AM,6:48PM | 12.63 | | | | | 12.63 | |
| 3/18/2020 | | 6:18AM,7:02PM | 12.73 | | | | | 12.73 | |
| 3/19/2020 | | 8:00AM,4:21PM | 8.35 | | | | | 8.35 | |
| 3/20/2020 | | 6:20AM,6:12PM | 6.28 | 5.58 | | | | 11.87 | |
| 3/25/2020 | | 6:18AM,6:36PM | 12.30 | | | | | 12.30 | |
| 3/28/2020 | | 5:53AM,6:17PM | 12.40 | | | | | 12.40 | |
| **IR378313D** | **Wooten, Dawn** | | **64.70** | **5.58** | | | | **70.28** | |

CONFIDENTIAL

| Employee Name | Period Start | Period End | Check Date | Check Number |
|---|---|---|---|---|
| | 3/29/2020 | 4/11/2020 | 4/17/2020 | 20693 |
| Wooten, Dawn N | Employee No: IR378313D | Soc. Sec. No: | Hours Paid: 36.95 | Check Amount: $581.51 |

| Current Earnings | Current Deductions | Current Taxes | YTD Earnings | YTD Subject to FIT | YTD Net Pay |
|---|---|---|---|---|---|
| 886.80 | 254.85 | 50.44 | 12,939.00 | 11,119.25 | 9,425.35 |

| Category | Earning/Ded/Tax | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date | Balance |
|---|---|---|---|---|---|---|---|---|
| Earnings | Holiday | | | | | | 768.00 | |
| | Overtime | | | | | | 383.40 | |
| | Regular | Regular | 36.95 | 24.00000 | | 886.80 | 11,343.60 | |
| | Sick | | | | | | 444.00 | |
| Deductions | 20 ChSupLif | | | 0.90 | | 0.90 | 7.20 | |
| | 20 Dental | | | 17.58 | | 17.58 | 140.64 | |
| | 20 EMP FED3000 | | | 203.10 | | 203.10 | 1,624.80 | |
| | 2020 LTD | | | 12.48 | | 12.48 | 99.84 | |
| | 20 Supp Life | | | 14.00 | | 14.00 | 112.00 | |
| | 20 Vision | | | 6.79 | | 6.79 | 54.31 | |
| Taxes | FIT | | | | | | 384.82 | |
| | Medicare | | | | 659.33 | 9.56 | 161.23 | |
| | Soc Sec | | | | 659.33 | 40.88 | 689.40 | |
| | GA SIT | | | | | | 239.41 | |
| Other | 20 ER FED3000 | | | 303.69 | | 303.69 | 1,822.14 | |
| Direct Deposit | Bank of America | | | 100.00000 | 581.51 | 581.51 | | |

CONFIDENTIAL

T&A.NET - LaSalle Management Co
Employee Timecards 3/29/2020 to 4/11/2020 printed at 15:58 on 4/13/2020



| Date | Employee | Punches | REG | OT | Vaca | Holiday | Sick | Totals | Timecard Reason |
|---|---|---|---|---|---|---|---|---|---|
| EMPLOYEE: Wooten , Dawn N | | | | | | | | | |
| | | | | | | | | | |
| 3/29/2020 | | 6:40AM,6:39PM | 11.98 | | | | | 11.98 | |
| 4/1/2020 | | 6:29AM,6:33PM | 12.07 | | | | | 12.07 | |
| 4/3/2020 | | 6:36AM,6:46PM | 12.17 | | | | | 12.17 | |
| 4/6/2020 | | 6:43AM,7:27AM | 0.73 | | | | | 0.73 | |
| **IR378313D** | **Wooten, Dawn** | | **36.95** | | | | | **36.95** | |

CONFIDENTIAL

| Employee Name | Period Start / Employee No | Period End / Soc. Sec. No | Check Date / Hours Paid | Check Number / Check Amount |
|---|---|---|---|---|
| | 4/12/2020 | 4/25/2020 | 5/1/2020 | 20934 |
| Wooten, Dawn N | IR378313D | | 50.35 | $871.64 |

| Current Earnings | Current Deductions | Current Taxes | YTD Earnings | YTD Subject to FIT | YTD Net Pay |
|---|---|---|---|---|---|
| 1,208.40 | 254.85 | 81.91 | 14,147.40 | 12,100.18 | 10,296.99 |

| Category | Earning/Ded/Tax | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date | Balance |
|---|---|---|---|---|---|---|---|---|
| Earnings | Holiday | | | | | | 768.00 | |
| | Overtime | | | | | | 383.40 | |
| | Regular | Regular | 50.35 | 24.00000 | | 1,208.40 | 12,552.00 | |
| | Sick | | | | | | 444.00 | |
| Deductions | 20 ChSupLif | | | 0.90 | | 0.90 | 8.10 | |
| | 20 Dental | | | 17.58 | | 17.58 | 158.22 | |
| | 20 EMP FED3000 | | | 203.10 | | 203.10 | 1,827.90 | |
| | 2020 LTD | | | 12.48 | | 12.48 | 112.32 | |
| | 20 Supp Life | | | 14.00 | | 14.00 | 126.00 | |
| | 20 Vision | | | 6.79 | | 6.79 | 61.10 | |
| Taxes | FIT | | | | 980.93 | 0.79 | 385.61 | |
| | Medicare | | | | 980.93 | 14.22 | 175.45 | |
| | Soc Sec | | | | 980.93 | 60.82 | 750.22 | |
| | GA SIT | | | | 980.93 | 6.08 | 245.49 | |
| Other | 20 ER FED3000 | | | 303.69 | | 303.69 | 2,125.83 | |
| Direct Deposit | Bank of America | | | 100.00000 | 871.64 | 871.64 | | |

CONFIDENTIAL

| Employee Name | Period Start | Period End | Check Date | Check Number |
|---|---|---|---|---|
| Wooten, Dawn N | 4/26/2020 | 5/9/2020 | 5/15/2020 | 21177 |
| | **Employee No** | **Soc. Sec. No** | **Hours Paid** | **Check Amount** |
| | IR378313D | | 36.72 | $576.41 |

| Current Earnings | Current Deductions | Current Taxes | YTD Earnings | YTD Subject to FIT | YTD Net Pay |
|---|---|---|---|---|---|
| 881.28 | 254.85 | 50.02 | 15,028.68 | 12,753.99 | 10,873.40 |

| Category | Earning/Ded/Tax | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date | Balance |
|---|---|---|---|---|---|---|---|---|
| Earnings | Holiday | | | | | | 768.00 | |
| | Overtime | | | | | | 383.40 | |
| | Regular | Regular | 36.72 | 24.00000 | | 881.28 | 13,433.28 | |
| | Sick | | | | | | 444.00 | |
| Deductions | 20 ChSupLif | | | 0.90 | | 0.90 | 9.00 | |
| | 20 Dental | | | 17.58 | | 17.58 | 175.80 | |
| | 20 EMP FED3000 | | | 203.10 | | 203.10 | 2,031.00 | |
| | 2020 LTD | | | 12.48 | | 12.48 | 124.80 | |
| | 20 Supp Life | | | 14.00 | | 14.00 | 140.00 | |
| | 20 Vision | | | 6.79 | | 6.79 | 67.89 | |
| Taxes | FIT | | | | | | 385.61 | |
| | Medicare | | | | 653.81 | 9.48 | 184.93 | |
| | Soc Sec | | | | 653.81 | 40.54 | 790.76 | |
| | GA SIT | | | | | | 245.49 | |
| Other | 20 ER FED3000 | | | 303.69 | | 303.69 | 2,429.52 | |
| Direct Deposit | Bank of America | | | 100.00000 | 576.41 | 576.41 | | |

CONFIDENTIAL

| | Period Start | Period End | Check Date | Check Number |
|---|---|---|---|---|
| | 5/10/2020 | 5/23/2020 | 5/29/2020 | 21419 |
| **Employee Name** | **Employee No** | **Soc. Sec. No** | **Hours Paid** | **Check Amount** |
| Wooten, Dawn N | IR378313D | | 85.78 | $1,761.84 |

| Current Earnings | Current Deductions | Current Taxes | YTD Earnings | YTD Subject to FIT | YTD Net Pay |
|---|---|---|---|---|---|
| 2,125.68 | 0.00 | 363.84 | 17,154.36 | 14,879.67 | 12,635.24 |

| Category | Earning/Ded/Tax | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date | Balance |
|---|---|---|---|---|---|---|---|---|
| Earnings | Holiday | | | | | | 768.00 | |
| | Overtime | Overtime | 5.58 | 36.00000 | | 200.88 | 584.28 | |
| | Regular | Regular | 63.70 | 24.00000 | | 1,528.80 | 14,962.08 | |
| | Sick | Regular | 16.50 | 24.00000 | | 396.00 | 840.00 | |
| Deductions | 20 ChSupLif | | | | | | 9.00 | |
| | 20 Dental | | | | | | 175.80 | |
| | 20 EMP FED3000 | | | | | | 2,031.00 | |
| | 2020 LTD | | | | | | 124.80 | |
| | 20 Supp Life | | | | | | 140.00 | |
| | 20 Vision | | | | | | 67.89 | |
| Taxes | FIT | | | | 2,125.68 | 130.72 | 516.33 | |
| | Medicare | | | | 2,125.68 | 30.82 | 215.75 | |
| | Soc Sec | | | | 2,125.68 | 131.79 | 922.55 | |
| | GA SIT | | | | 2,125.68 | 70.51 | 316.00 | |
| Other | 20 ER FED3000 | | | 303.69 | | 303.69 | 2,733.21 | |
| Direct Deposit | Bank of America | | | 100.00000 | 1,761.84 | 1,761.84 | | |

CONFIDENTIAL



T&A.NET - LaSalle Management Co
Employee Timecards 5/10/2020 to 5/23/2020 printed at 9:56 on 5/26/2020

| Date | Employee | Punches | REG | OT | Vaca | Holiday | Sick | Totals | Timecard Reason |
|---|---|---|---|---|---|---|---|---|---|
| **EMPLOYEE: Wooten , Dawn N** | | | | | | | | | |
| | | | | | | | | | |
| 5/10/2020 | | 6:36AM,6:04PM | 11.47 | | | | | 11.47 | |
| 5/12/2020 | | | 5.58 | | | | | 5.58 | |
| 5/13/2020 | | 11:57PM,12:02AM,6:34AM,6:06PM | 11.57 | | | | | 11.57 | |
| 5/15/2020 | | 6:39AM,11:37PM | 11.38 | 5.58 | | | | 16.97 | |
| 5/18/2020 | | 6:15AM,6:34PM | 12.32 | | | | | 12.32 | |
| 5/20/2020 | | 7:00AM,6:23PM | 11.38 | | | | | 11.38 | |
| 5/21/2020 | | | | | | | 12.00 | 12.00 | |
| 5/22/2020 | | | | | | | 4.50 | 4.50 | |
| **IR378313D** | **Wooten, Dawn** | | **63.70** | **5.58** | | | **16.50** | **85.78** | |

CONFIDENTIAL

| | Period Start | Period End | Check Date | Check Number |
|---|---|---|---|---|
| | 5/24/2020 | 6/6/2020 | 6/12/2020 | 21655 |
| Employee Name | Employee No | Soc. Sec. No | Hours Paid | Check Amount |
| Wooten, Dawn N | IR378313D | | 31.40 | $458.50 |

| Current Earnings | Current Deductions | Current Taxes | YTD Earnings | YTD Subject to FIT | YTD Net Pay |
|---|---|---|---|---|---|
| 753.60 | 254.85 | 40.25 | 17,907.96 | 15,405.80 | 13,093.74 |

| Category | Earning/Ded/Tax | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date | Balance |
|---|---|---|---|---|---|---|---|---|
| Earnings | Holiday | Regular | 8.00 | 24.00000 | | 192.00 | 960.00 | |
| | Overtime | | | | | | 584.28 | |
| | Regular | Regular | 20.90 | 24.00000 | | 501.60 | 15,463.68 | |
| | Sick | Regular | 2.50 | 24.00000 | | 60.00 | 900.00 | |
| Deductions | 20 ChSupLif | | | 0.90 | | 0.90 | 9.90 | |
| | 20 Dental | | | 17.58 | | 17.58 | 193.38 | |
| | 20 EMP FED3000 | | | 203.10 | | 203.10 | 2,234.10 | |
| | 2020 LTD | | | 12.48 | | 12.48 | 137.28 | |
| | 20 Supp Life | | | 14.00 | | 14.00 | 154.00 | |
| | 20 Vision | | | 6.79 | | 6.79 | 74.68 | |
| Taxes | FIT | | | | | | 516.33 | |
| | Medicare | | | | 526.13 | 7.63 | 223.38 | |
| | Soc Sec | | | | 526.13 | 32.62 | 955.17 | |
| | GA SIT | | | | | | 316.00 | |
| Other | 20 ER FED3000 | | | 303.69 | | 303.69 | 3,036.90 | |
| Direct Deposit | Bank of America | | | 100.00000 | 458.50 | 458.50 | | |

CONFIDENTIAL



T&A.NET - LaSalle Management Co
Employee Timecards 5/24/2020 to 6/6/2020 printed at 17:13 on 6/8/2020

| Date | Employee | Punches | REG | OT | Vaca | Holiday | Sick | Totals | Timecard Reason |
|---|---|---|---|---|---|---|---|---|---|
| EMPLOYEE: Wooten , Dawn N | | | | | | | | | |
| | | | | | | | | | |
| 5/26/2020 | | | | | | | 2.50 | 2.50 | |
| 6/3/2020 | | 6:22AM,2:06PM | 7.73 | | | | | 7.73 | |
| 6/4/2020 | | 6:20AM,7:30PM | 13.17 | | | | | 13.17 | |
| **IR378313D** | **Wooten, Dawn** | | **20.90** | | | | **2.50** | **23.40** | |

CONFIDENTIAL

| Employee Name | Period Start | Period End | Check Date | Check Number |
|---|---|---|---|---|
| | 6/7/2020 | 6/20/2020 | 6/26/2020 | 21896 |
| | **Employee No** | **Soc. Sec. No** | **Hours Paid** | **Check Amount** |
| Wooten, Dawn N | IR378313D | | 60.52 | $1,060.01 |

| Current Earnings | Current Deductions | Current Taxes | YTD Earnings | YTD Subject to FIT | YTD Net Pay |
|---|---|---|---|---|---|
| 1,452.48 | 254.85 | 137.62 | 19,360.44 | 16,630.81 | 14,153.75 |

| Category | Earning/Ded/Tax | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date | Balance |
|---|---|---|---|---|---|---|---|---|
| Earnings | Holiday | | | | | | 960.00 | |
| | Overtime | | | | | | 584.28 | |
| | Regular | Regular | 60.52 | 24.00000 | | 1,452.48 | 16,916.16 | |
| | Sick | | | | | | 900.00 | |
| Deductions | 20 ChSupLif | | | 0.90 | | 0.90 | 10.80 | |
| | 20 Dental | | | 17.58 | | 17.58 | 210.96 | |
| | 20 EMP FED3000 | | | 203.10 | | 203.10 | 2,437.20 | |
| | 2020 LTD | | | 12.48 | | 12.48 | 149.76 | |
| | 20 Supp Life | | | 14.00 | | 14.00 | 168.00 | |
| | 20 Vision | | | 6.79 | | 6.79 | 81.47 | |
| Taxes | FIT | | | | 1,225.01 | 25.19 | 541.52 | |
| | Medicare | | | | 1,225.01 | 17.76 | 241.14 | |
| | Soc Sec | | | | 1,225.01 | 75.95 | 1,031.12 | |
| | GA SIT | | | | 1,225.01 | 18.72 | 334.72 | |
| Other | 20 ER FED3000 | | | 303.69 | | 303.69 | 3,340.59 | |
| Direct Deposit | Bank of America | | | 100.00000 | 1,060.01 | 1,060.01 | | |

CONFIDENTIAL



T&A.NET - LaSalle Management Co
Employee Timecards 6/7/2020 to 6/20/2020 printed at 13:43 on 6/22/2020

| Date | Employee | Punches | REG | OT | Vaca | Holiday | Sick | Totals | Timecard Reason |
|---|---|---|---|---|---|---|---|---|---|
| EMPLOYEE: Wooten , Dawn N | | | | | | | | | |
| | | | | | | | | | |
| 6/14/2020 | | 6:38AM,6:53PM | 12.25 | | | | | 12.25 | |
| 6/17/2020 | | 6:38AM,6:13PM | 11.58 | | | | | 11.58 | |
| 6/18/2020 | | 6:39AM,7:11PM | 12.53 | | | | | 12.53 | |
| 6/8/2020 | | 6:23AM,6:51PM | 12.47 | | | | | 12.47 | |
| 6/9/2020 | | 6:46AM,6:27PM | 11.68 | | | | | 11.68 | |
| **IR378313D** | **Wooten, Dawn** | | **60.52** | | | | | **60.52** | |

CONFIDENTIAL

| Employee Name | Period Start | Period End | Check Date | Check Number |
|---|---|---|---|---|
| | 6/21/2020 | 7/4/2020 | 7/10/2020 | 22144 |
| | Employee No | Soc. Sec. No | Hours Paid | Check Amount |
| Wooten, Dawn N | IR378313D | | 27.72 | $376.94 |

| Current Earnings | Current Deductions | Current Taxes | YTD Earnings | YTD Subject to FIT | YTD Net Pay |
|---|---|---|---|---|---|
| 665.28 | 254.85 | 33.49 | 20,025.72 | 17,068.62 | 14,530.69 |

| Category | Earning/Ded/Tax | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date | Balance |
|---|---|---|---|---|---|---|---|---|
| Earnings | Holiday | Regular | 8.00 | 24.00000 | | 192.00 | 1,152.00 | |
| | Overtime | | | | | | 584.28 | |
| | Regular | Regular | 19.72 | 24.00000 | | 473.28 | 17,389.44 | |
| | Sick | | | | | | 900.00 | |
| Deductions | 20 ChSupLif | | | 0.90 | | 0.90 | 11.70 | |
| | 20 Dental | | | 17.58 | | 17.58 | 228.54 | |
| | 20 EMP FED3000 | | | 203.10 | | 203.10 | 2,640.30 | |
| | 2020 LTD | | | 12.48 | | 12.48 | 162.24 | |
| | 20 Supp Life | | | 14.00 | | 14.00 | 182.00 | |
| | 20 Vision | | | 6.79 | | 6.79 | 88.26 | |
| Taxes | FIT | | | | | | 541.52 | |
| | Medicare | | | | 437.81 | 6.35 | 247.49 | |
| | Soc Sec | | | | 437.81 | 27.14 | 1,058.26 | |
| | GA SIT | | | | | | 334.72 | |
| Other | 20 ER FED3000 | | | 303.69 | | 303.69 | 3,644.28 | |
| Direct Deposit | Bank of America | | | 100.00000 | 376.94 | 376.94 | | |

CONFIDENTIAL

*T&A.NET - LaSalle Management Co*
**Employee Timecards 6/21/2020 to 7/4/2020 printed at 15:01 on 7/6/2020**



| Date | Employee | Punches | REG | OT | Vaca | Holiday | Sick | Totals | Timecard Reason |
|---|---|---|---|---|---|---|---|---|---|
| **EMPLOYEE: Wooten , Dawn N** | | | | | | | | | |
| | | | | | | | | | |
| 6/22/2020 | | 5:04PM,5:48PM | 0.73 | | | | | 0.73 | |
| 7/1/2020 | | 5:58AM,7:10PM | 13.20 | | | | | 13.20 | |
| 7/2/2020 | | 6:32AM,12:19PM | 5.78 | | | | | 5.78 | |
| **IR378313D** | **Wooten, Dawn** | | **19.72** | | | | | **19.72** | |

CONFIDENTIAL

| Employee Name | Period Start | Period End | Check Date | Check Number |
|---|---|---|---|---|
| | 7/5/2020 | 7/18/2020 | 7/24/2020 | 22381 |
| | **Employee No** | **Soc. Sec. No** | **Hours Paid** | **Check Amount** |
| Wooten, Dawn N | IR378313D | | 12.30 | $35.17 |

| Current Earnings | Current Deductions | Current Taxes | YTD Earnings | YTD Subject to FIT | YTD Net Pay |
|---|---|---|---|---|---|
| 295.20 | 254.85 | 5.18 | 20,320.92 | 17,136.35 | 14,565.86 |

| Category | Earning/Ded/Tax | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date | Balance |
|---|---|---|---|---|---|---|---|---|
| Earnings | Holiday | | | | | | 1,152.00 | |
| | Overtime | | | | | | 584.28 | |
| | Regular | Regular | 12.30 | 24.00000 | | 295.20 | 17,684.64 | |
| | Sick | | | | | | 900.00 | |
| Deductions | 20 ChSupLif | | | 0.90 | | 0.90 | 12.60 | |
| | 20 Dental | | | 17.58 | | 17.58 | 246.12 | |
| | 20 EMP FED3000 | | | 203.10 | | 203.10 | 2,843.40 | |
| | 2020 LTD | | | 12.48 | | 12.48 | 174.72 | |
| | 20 Supp Life | | | 14.00 | | 14.00 | 196.00 | |
| | 20 Vision | | | 6.79 | | 6.79 | 95.05 | |
| Taxes | FIT | | | | | | 541.52 | |
| | Medicare | | | | 67.73 | 0.98 | 248.47 | |
| | Soc Sec | | | | 67.73 | 4.20 | 1,062.46 | |
| | GA SIT | | | | | | 334.72 | |
| Other | 20 ER FED3000 | | | 303.69 | | 303.69 | 3,947.97 | |
| Direct Deposit | Bank of America | | | 100.00000 | 35.17 | 35.17 | | |

CONFIDENTIAL



T&A.NET - LaSalle Management Co
Employee Timecards 7/5/2020 to 7/18/2020 printed at 15:45 on 7/20/2020

| Date | Employee | Punches | REG | OT | Vaca | Holiday | Sick | Totals | Timecard Reason |
|---|---|---|---|---|---|---|---|---|---|
| EMPLOYEE: Wooten , Dawn N | | | | | | | | | |
| | | | | | | | | | |
| 7/6/2020 | | 5:52AM,6:18PM | 12.30 | | | | | 12.30 | |
| IR378313D | Wooten, Dawn | | **12.30** | | | | | **12.30** | |

CONFIDENTIAL

| | Period Start | Period End | Check Date | Check Number |
|---|---|---|---|---|
| | 7/19/2020 | 8/1/2020 | 8/7/2020 | 22614 |
| Employee Name | Employee No | Soc. Sec. No | Hours Paid | Check Amount |
| Wooten, Dawn N | IR378313D | | 60.00 | $1,250.33 |

| Current Earnings | Current Deductions | Current Taxes | YTD Earnings | YTD Subject to FIT | YTD Net Pay |
|---|---|---|---|---|---|
| 1,440.00 | 0.00 | 189.67 | 21,760.92 | 18,576.35 | 15,816.19 |

| Category | Earning/Ded/Tax | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date | Balance |
|---|---|---|---|---|---|---|---|---|
| Earnings | COVID 1-3 | Regular | 12.00 | 24.00000 | | 288.00 | | |
| | COVID 1-3 | Regular | 60.00 | 24.00000 | | 1,440.00 | 1,728.00 | |
| | Holiday | | | | | | 1,152.00 | |
| | Overtime | | | | | | 584.28 | |
| | Regular | | | | | | 17,684.64 | |
| | Sick | Regular | -12.00 | 24.00000 | | -288.00 | 612.00 | |
| Deductions | 20 ChSupLif | | | | | | 12.60 | |
| | 20 Dental | | | | | | 246.12 | |
| | 20 EMP FED3000 | | | | | | 2,843.40 | |
| | 2020 LTD | | | | | | 174.72 | |
| | 20 Supp Life | | | | | | 196.00 | |
| | 20 Vision | | | | | | 95.05 | |
| Taxes | FIT | | | | 1,440.00 | 48.43 | 589.95 | |
| | Medicare | | | | 1,440.00 | 20.88 | 269.35 | |
| | Soc Sec | | | | 1,440.00 | 89.28 | 1,151.74 | |
| | GA SIT | | | | 1,440.00 | 31.08 | 365.80 | |
| Other | 20 ER FED3000 | | | | | | 3,947.97 | |
| Direct Deposit | Bank of America | | | 100.00000 | 1,250.33 | 1,250.33 | | |

CONFIDENTIAL



T&A.NET - LaSalle Management Co
Employee Timecards 7/19/2020 to 8/1/2020 printed at 8:28 on 8/4/2020

| Date | Employee | Punches | REG | OT | Vaca | Holiday | Sick | Totals | Timecard Reason |
|---|---|---|---|---|---|---|---|---|---|
| EMPLOYEE: Wooten , Dawn N | | | | | | | | | |
| | | | | | | | | | |
| IR378313D | Wooten, Dawn | | | | | | | | |

CONFIDENTIAL