# EXHIBIT A

Transcript of April 13, 2020 ICDC Detainee Video

Wooten v. LaSalle Southeast, LLC

# EXHIBIT PLT-WVL-050

Deposition of David Paulk

April 29, 2026

Transcript of YouTube video recorded by detained women at ICDC (April 13, 2020). Spanish original with unofficial English translation. Authentication: cited in Oldaker v. Giles, Docket 54, paras. 89, 117.

Bates: Public Source (https://youtube.com/watch?v=aQt6QbkWsLI) (3 pp.)

**EXHIBIT PLT-WVL-050**
**TRANSCRIPT OF VIDEO RECORDING**

Source: YouTube
URL: https://www.youtube.com/watch?v=aQt6QbkWsLI
Title: "Women at Irwin County Detention Center in GA Fight for Their Lives Against COVID19 4/13/2020"
Posted: April 13, 2020
Duration: 4 minutes 35 seconds
Recorded by: Detained women at Irwin County Detention Center, Ocilla, Georgia
Language: Spanish (original)
Translation: English (unofficial -- Spanish original provided below for verification)

Authentication basis: Publicly available YouTube video cited in Oldaker v. Giles, No. 7:20-cv-00224-WLS-MSH, Docket 54, para. 89 and footnote 16 (M.D. Ga. Dec. 21, 2020).
Video referenced in sworn testimony of detained women (Oldaker petition paras. 89, 117).
Transcript source: Google Document associated with the YouTube video description.

**NOTE: This is an unofficial translation. The Spanish original is provided below** for verification by a qualified interpreter. Counsel may request certified translation if this exhibit is offered at trial.

---

**ENGLISH TRANSLATION:**

We are the detainees of Irwin County Detention Center. It's in the state of Georgia. We're raising our voices so that you'll hear our pleas and how we who have been detained by ICE are feeling.

Today I went to a doctor and when I arrived at the clinic, they didn't give me a mask, they didn't check me properly, they didn't give me any medication and they have people infected with coronavirus there.

We need someone to help us. Please, everyone who sees this video, share it widely so that it might arrive in the hands of someone who can help us. We're very afraid of being incarcerated here and dying here. We are aunts, we are mothers, we are wives. We need freedom. Please help us, whether with money or with words, whatever you can do but please get us out of here.

I work in intake, I see the people who enter. I see how the guards work. All I saw is that they ask people to leave, when they enter, men, women, whoever. They don't attend to them, they don't ask them the necessary questions to diagnose them. We are at risk. They don't give us anything to cover ourselves, so that we can protect ourselves. I was the first person that got sick. I went to the clinic and it lasted no more than five minutes, they didn't give me the necessary resources, they simply told me, you're fine, go back to your cell.

I suffer from chronic illness. I have asthma and the day they took me to the doctor they didn't do anything for me, they simply put us in our cells for lockdown.

We need protection, please. All we want is for people to listen to their conscience,

Exhibit PLT-WVL-050
Paulk
04/29/26

their hearts, because there are so many mothers in this place who are suffering so many things, humiliations, for the love of God, because ICE can't understand that we have to wait more than a year to get a court date. Because they have us here we're suffering humiliations. Here we don't have protection. The officials come and go without protective measures. We're scared, my God, we're scared. We need help. We want to leave this place alive. Please listen to your conscience, we don't want to suffer any longer. I had to wait nine months before I had a single court date. It's not just. It's not just. Please, it's too much, we need to go back to our families already. Please help us! Help us!

We are all recording this video with fear that they'll take retribution against us, that they'll isolate us, that they'll cut us off from communication with our families. Please, we beg you, if you don't speak up for us, we know they will isolate us from the outside world. We are afraid, we are taking the advice that we cover ourselves, making masks out of socks, but we know this isn't sufficient protection. We need someone to listen to us. Please. We're just asking for help. We're fighting for our lives.

We have the right to live. We're afraid.

We have no protection, we don't have our sons or daughters.

We're very afraid. There are more than fifty of us here and we're not able to obey the rules of social distancing, because we're all stacked on top of each other. We're more than fifty women. There are many of us. We're afraid of infecting each other through breathing, coughing, anything. We're not spread out enough.

We hope for a quick response to what we're asking. We've tried to speak out but no one is hearing us. Please help us.

---

**SPANISH ORIGINAL:**

Nosotras somos las detenidas de Irwin County Detention Center. Esta en el estado de Georgia. Estamos levantando la voz para que escuche nuestras peticiones y como nos sentimos las detenidas por ICE.

El dia de hoy yo me fui a medico y cuando llegue al medico no me dieron nada de mascarilla, no me checaron bien, no me dieron las pastillas y ahi tienen los infectados que tienen coronavirus.

Necesitamos que alguien nos ayuda. Por favor, que todos vean este video que lo comparta para ver si llega a los manos de alguien que nos pueda ayudar. Tenemos mucho miedo, de estar encerradas aqui y morir aqui. Somos tias, somos madres, somos esposas. Necesitamos la libertad. Por favor que nos ayuden con billetes o palabras, como sea pero nos saquen de aca por favor.

Yo trabajo en intake, veo las personas que entran, veo como trabajan las guardias todo lo que vi es mandan a pedir las personas que salen, cuando ellos entran, hombres, mujer, lo que sea, no los atienden, no les hacen las pruebas, lo necesario para entrar. Estamos expuestas. No nos dan nada para cubrirnos, para poder protegernos. Yo fui la primera que me enferme. Fui al medico no duro mas de cinco minutos, no me dieron los recursos necesarios, simplemente sirvieron de mi, me

dijeron de mi, tu estas bien, te vas de nuevo a tu dormitorio.

Yo sufro de problemas cronicos, tengo asma y el dia que me llevaron al doctor no me hicieron nada, solamente nos pusieron en los cuartos de lockdown.

Nosotras necesitamos proteccion por favor. Nosotras lo unico que queremos es que se pongan la mano en la conciencia, en el corazon, porque somos tantas madres que estamos en este lugar sufriendo tantas cosas, humillaciones, por el amor de Dios, porque ICE no puede entender que tenemos que estar mas de un ano para poder tener una corte. Porque nos tienen aqui estamos sufriendo humillaciones. Aqui no tenemos proteccion. Las oficiales entran y salen tienen si proteccion. Estamos asustadas, por dios, estamos asustadas, necesitamos ayuda por nuestros tios tenemos que salir vivas de esta lugar, por favor ponganse las manos en la conciencia, ya no queremos sufrir, yo tuve que esperar nueve meses para poder tener una corte. No es justo, no es justo, por favor ya esta demasiado, necesitamos regresar con nuestra familia, ya por favor, necesitamos ayuda, por favor ayudennos, ayudennos!

Todas estamos grabando este video con miedo de que toma represalia contra nosotras, que nos aislen, que nos corta la comunicacion con la familia, por favor le pedimos que si no vuelve a nuestra orden nosotros sabemos que nos aislaron. Tenemos miedo, estamos haciendo los concilios por nosotros cubrirnos, haciendo mascarillas con medias, pero sabemos que esto no es suficiente. Necesitamos que alguien nos escucha por favor. Solo estamos pidiendo ayuda. Solo estamos luchando para nuestras vidas.

Tenemos derecho a la vida. Tenemos miedo.

No tenemos proteccion, no los hijos ni hijas.

Tenemos mucho miedo. Habemos mas de cincuenta y no estamos a lo mas cumpliendo las reglas de cuanta distancia hay, estamos todos amontonados. Habemos mas de cincuenta, hay muchos. Tenemos miedo de enfermar los unos con otros con el respirar, con el toser, con todo. No estamos a la distancia de lo que es necesario.

Esperamos por favor una pronta respuesta a lo que nosotras estamos cuestionando. Hemos querido hablar con personas pero no nos han escuchado. Por favor ayudenos.