# EXHIBIT B

Excerpt, Certified Deposition of David Paulk (April 29, 2026)

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF GEORGIA

VALDOSTA DIVISION

Civil Action No. 7:22-cv-00148-WLS

***********************************

DAWN WOOTEN,

Plaintiff,

v.

LASALLE SOUTHEAST, LLC, and

DAVID PAULK, an individual,

Defendants.

***********************************

DEPOSITION OF: DAVID PAULK

APPEARING REMOTELY FROM

Atlanta, Georgia

April 29, 2026 10:38 a.m.

By Ellen Muir

Senior Guardian

APPEARING REMOTELY FROM PLYMOUTH COUNTY, MASSACHUSETTS

A. -- or medical notes file.

(Exhibit 49, introduced)

**Q. I appreciate it. All right. The next one is Exhibit 49, and this is an amended Habeas petition in Oldaker v. Giles.**

MR. T. GUYER: And if you would scroll down --

A. This lawsuit, you're named as a defendant. I take it you've seen this before, correct?

A. I have seen it before.

**Q. All right. Thanks. All right. And you would have seen it back around the time you were sued, right?**

A. Correct.

(Exhibit 50, introduced)

**Q. All right. And the next is Exhibit 50. This is a transcript of a YouTube video, that was uploaded to the -- to YouTube on April 13th of 2020, with a group of Spanish-speaking women doing a video.**

A. And I take it you are familiar with the video itself; is that correct?

A. I am familiar with the video.

C E R T I F I C A T E

I, ELLEN M. MUIR, do hereby certify that DAVID PAULK, the witness whose testimony is hereinbefore set forth, was duly sworn remotely on April 29, 2026.

The oath was administered by Tamar Gunby, a Notary Public commissioned in the State of Georgia.

I further certify that the foregoing transcript is a true and accurate record of the testimony provided, to the best of my knowledge and ability.

I further certify that I am not a relative or employee of any of the parties to this action, nor a relative or employee of counsel for any of the parties, nor am I financially interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 30th day of April, 2026.

Ellen M. Muir,
Senior Guardian
Certified Deposition
Reporter (CDR)