# EXHIBIT C

Southwell Medical / Tift Regional Physicians Work Excuses

SOUTHWELL MEDICAL
TIFT REGIONAL PHYSICIANS

WOOTEN, DAWN N
1224 HALL AVE
TIFTON, GA 31794-3719

May 22, 2020

This patient has been screened for COVID-19 (SARS-CoV2) infection at Southwell Medical.

COVID-19 test is pending. Patient is not cleared to return to work and has been instructed to self-isolate and quarantine at home for the next 10 days. Patient will be called with the result of the test in the next 3-7 days.

CDC guidelines for return to work:
**Information for you as the patient:** https://www.cdc.gov/coronavirus/2019-ncov/if-you-are-sick/index.html
**Information for your employer:** https://www.cdc.gov/coronavirus/2019-ncov/community/guidance-business-response.html

Harris, LPN, Melissa Dyane

SOUTHWELL MEDICAL

TIFT REGIONAL PHYSICIANS

WOOTEN, DAWN N
1224 HALL AVE
TIFTON, GA 31794-3719

June 22, 2020

To Whom It May Concern:

This patient was seen 06/21/2020 at the Southwell Express Care Clinic.
Please excuse from work for the following (when she is sympton free)

Sincerely,
Shelly McCloud

Gregory, Rhonda

SOUTHWELL

VISITOR PASS

Visitor Name: ~~Patient~~ Visitor

Date: 6/22 Time: 9:15

Room Number: Heart center