# EXHIBIT D

Warden David Paulk Email of June 12, 2020

**David Paulk**

**From:** David Paulk
**Sent:** Friday, June 12, 2020 1:55 PM
**To:** Shanise Bell; Lakeysia Brown; Joan Whitley; Frank Albright
**Cc:** James McCormick
**Subject:** RE: Employee Write ups

Please pull the leave slip to verify the dates requested by the employee. If it is only 6/13/2020 then there is no excuse for her absence or failure to call in as per SOP. If this is an ongoing issue and there is documentation relative to the occurrences we need to proceed with a disciplinary action relative to the absences, regardless of the aforementioned leave request. If the request does in fact state only 6/13/2020 then include it on the disciplinary. H/R has offered to assist with the D/R if needed.

Thank you,

David Paulk
ICDC

**From:** Shanise Bell <sbell@irwincdc.com>
**Sent:** Friday, June 12, 2020 1:49 PM
**To:** Lakeysia Brown <lakeysiabrown@irwincdc.com>; David Paulk <dpaulk@irwincdc.com>; Joan Whitley <jwhitley@irwincdc.com>
**Subject:** Employee Write ups

Dawn Wooten asked to have Saturday 06/13/20 off related to her daughter graduation on 06/04/2020. She stated verbally she only needed that day off. She was given a verbal approval for Saturday 06/13/20 only. When arriving at work this morning Nurse Wooten was not here. Phone call was made to Nurse Wooten in which she stated she put on her request that she needed both 6/12 and 6/13 off and that initially she had some thing planned for Sunday .Nurse Wooten was reminded that she only asked for Saturday off and not Friday and that this will not happen again. Nurse Wooten did not turn her notice in until 06/04/2020. All request for days off are to be turned in by the 15th. Per our previous conversation, excessive absences have been an ongoing issue with Nurse Wooten, and several conversations in regards to her attendance have been discussed with Nurse Wooten being made aware of standards she is expected to have with her attendance.

Respectfully,

*Shanise Bell, BSN RN-CCHP*

LaSalle Management Company, LLC
Irwin County Detention Center
132 Cotton Drive
Ocilla, GA 31774
(229)-468-4121- work

CONFIDENTIAL

sbell@irwincdc.com