# EXHIBIT F

Reprimand Form dated July 2, 2020

CONFIDENTIAL

LASALLE
CORRECTIONS

# REPRIMAND FORM

Employee Name: Wooten, Dawn
Last First MI

SSN:

Date(s) of Violation(s): 6/27/2020

Unit/Dept.: Medical

VIOLATION(S):

FINDINGS (check one [1]): GUILTY

No. 2 Violation: Unexcused Absence ☒ Yes ☐ No

No. Violation: ☐ Yes ☐ No

If more than two Violations, List the two considered most serious.

Description of incident(s): (May attach documents if necessary)

On 6/27/2020, Nurse Dawn Wooten was a no call no show for her regular scheduled workday.

Has this employee had any previous disciplinary: ☐ Yes ☒ No If yes, list prior disciplinary and date(s):

Check and complete one [1] or more of the following:

- ☐ NO DISCIPLINARY IMPOSED (Provide justification at bottom of page.)
- ☒ REPRIMAND ONLY
- ☐ DISCIPLINARY PROBATION: Calendar Months Beginning: Ending:
- ☐ SUSPENSION WITHOUT PAY: Workdays Beginning: Return:
- ☐ REDUCTION IN PAY TO: $ Beginning: Ending:
- ☐ DEMOTION TO: Beginning: Ending:
- ☐ DISMISSAL

**JUSTIFICATION** (If applicable):

Based on the hearing, Nurse Wooten was found guilty of violating the Employee's Code of Conduct: #2. Nurse Wooten is being issued a reprimand for her failure to report for her scheduled workday.

Frank Albright, Deputy Warden
Reprimanding Authority Name/Title (printed)

Frank Albright
Signature

7/2/2020
Date

**Employee's Acknowledgment: I have been advised of my right to file a grievance. I acknowledge receipt of a copy of this reprimand and know the original is to be placed in my Employee File. If recommended for dismissal, I verify the following are my current address and phone number:**

Mailing Address

Phone Number, Including Area Code:

Employee Signature: Dawn Wooten

Date: 7/2/2020

LaSalle_00392