# EXHIBIT G

Handwritten Grievance Letter of July 10, 2020, with Attachments

LASALLE
CORRECTIONS

For Official Use Only
*Grievance # ______________

STEP ONE

A. EMPLOYEE'S COMPLAINT: DATE: 7/3/2020

Employee's Name Jaun Wooten Social Security # ______________

Employee's Job Title LPN

Employee's Home Address 1224 Hall Ave Tifton Ga. 31794
Street City State Zip

Home Phone 229-472-1046 / 229-472-2465 Work Phone 229-468-4121

Facility/Department Medical

Nature of Complaint: Be specific: include names, dates, places, rules, regulations, etc. How have you been affected and action or relief requested. Original must be submitted at each step. Attach separate page if needed.

See Additional pages (8)

[signature] 7/3/2020
Employee's Signature Date

B. WARDEN/FACILITY DIRECTOR GRANTING REQUESTED RELIEF:

Name and Title ______________________________

Date Received ______________ there has/has not been grievance meeting held at Step One

RESPONSE:

______________________ ______________________
Signature Date

Employees must submit the original completed and signed Employee Grievance Form within 10 days of the occurrence giving rise to the grievance or within 10 days of first learning of the occurrence.

July 2nd, 2020

(OW)

1 of 9

On July 2nd 2020 I was called up front to Admin to meet with Deputy Warden F. Albright. He asked me to have a seat and asked was I aware why I was called to his office. I stated "No sir." He began then to tell me that He recieved a write up from Mrs. Lakeysia Brown in regards to a No Call No show. I replied "I have never not Called in for work nor (OW) not shown up when scheduled. He then asked me what is your response to this allegation. I began to inform him that Joan Whitley Human resources called me on June 26th around 3pm asking me what was going on with me. I told her that I was out and had been out since June 22nd being Covid 19 tested and looking forward to results so I can have some minute med. procedure. Im sure Im negative but I had to have per my physician. She proceeded to say, I need you to call out everyday your not going to be here on your scheduled day. I asked her even though I have a doctor's excuse not one but two. She asked had I given them to my supervisor Bell or Brown and I told her yes maam they have had them since Monday June 22nd. Mr. Albright said "so you have a doctor's note? I replied yes sir I have 2 that I turned in to Ms. Bell and Mrs. Brown on Monday June 22nd. He turned to Mrs. Kay and told her to go and get my medical file.



Web Site: www.chapfga.com • e-Mail: education@...

(initials)

2 of 9

When she returned they were not in my medical personell file. I began to tell him I brought them to them Bell and Brown. I actually handed it to Ms. Bell and she then in turn handed it to Mrs. Brown. We spoke on June 22nd about me being out. I expressed to Mrs. Brown that I had to have a minute procedure at the hospital and needed ~~some~~ error to be Covid tested per my physician She stated "I don't understand that Wooten Tift Regional test you at the hospital before they do any thing right there at the hospital. You don't need a Covid swab. I'm still employeed there I famailarize myself with their policies. I don't believe this!" I told her well my physician doesn't order the blood test unless you are positive. She continued to say I don't believe that. I work still with Tift Regional and I know they test positive. She began to ask about what do you mean on this excuse "until symptom Free." I told her that I was currently Sickle Cell Crisis and had body ache, headache, and joint pain. She then said well Wooten Im gonna have to take this up front to see what they say. She asked so your not comming to work tommorrow? I told her no maam. She said ok I'll call you and let you know what they say.



Web Site: www.cbaofga.com • e-Mail: educatio...

CW

3 of 9

Mr. Albright then asked me had I talked to Brown prior to the 27th of June. I said yes sir I called her June 26th that Thursday evening and informed her that Joan Whitley called me around 3pm asking me what did I have going on? I told her that I was out being Covid-19 tested needed a minute procedure and would return after the quarantine time. She told me I would need to call out everyday scheduled until I return. I asked Mrs. Brown what do I need to do? Do I need to call you everymorning waking you up when you know quarantine is 10days and test results are 3-7 days. She stated "Wooten that doesn't make any sense to me; Don't you have a doctor's excuse that's crazy. I told her I haven't recieved my test results as of today June 26th I'm scheduled tommorow do I need to call out even though The nurse told me that it would probably be Monday before I get my results if I hadn't got them today. She said again that doesn't make any sense if you have a doctor's excuse. I told her that I will not be there Sat or Sunday. 27th or 28th. As soon as I get them I'll call you. We hung up. Mr. Albright stopped me there and called Mrs. Brown to the front. when she arrived Ms. Bell was present as well. He asked Mrs. Brown

DW
4 of 9

about the conversation on the 26th she admitted talking to me stating that Ms. Wooten called out for Friday only and that she told me to do as. Joan Whitley instructed me too. She admitted that I called her and informed of Mrs. Whitley told her to call out. But she said she never told me any thing about having a doctor's excuse. Mr. Albright asked me in front of them did I call out on the 27th I said no because Mrs. Brown said it didn't make sense I had a doctor's excuse. She said I told her to do as Joan said. Mrs. Bell agreed with Brown saying she sure did. Ms. Bell wasn't present I called Ms. Brown at home. Mr. Albright then told Mrs. Brown and Ms. Bell thats all he needed after he said I was found guilty of not calling out.

I spoke with Him after Mrs. Brown and Ms. Bell left the room. I expressed to him how unfair this situation was. They are Best Friends and they are going to agree and back up one another nomatter what the situation. As supervisors they never came to me after returning to work on July 1st to talk with me or get an understanding on why there was no call made on June 27th or 28th that was a weekend.

AW
5 of 9

Instead they allowed me to report on July 1st work a 12 hour shift which I agreed to stay late and cover. This doesn't sound like someone who deliberatly called and no showed 2 shifts that was called out or written up on 1 shift. In this meeting I found out then and only then that you take instruction from Human Resources not your immediate supervisor. I was told that I should have listen to Joan not Brown. No one made that clear until then. I have always been told by Mrs. Brown that Human Resources does not run medical. No one up there has a medical degree. You always take instruction from your immediate supervisor. You don't call out to them do you? I of course answered no.

Only upon returning back to work after submitting my doctors excuse that a memo was given to me that stated "If you chose to be Covid tested it is your responsibility to contact your supervisor calling out on every shift unless you have a doctor's note with specific days out." I was aware in writing on July 1st post my write up.

This seems really funny to fit my situation after rendering my excuses that were not in my medical file at the time of my hearing.

6 of 9

Mrs. Brown knows that the standard Covid test quarantine for symptoms are 10 days and test results 3-7 days as she has stated she works for Tift Regional and a previous excuse on 5/22 that has it in writing. This is where I have had the previous test before this test.

- I don't believe this was a justified write up. Am I being ~~bein~~ on targeted because I have a medical condition that warrants me to be out of work. Am I being punished and a case being built against me because I do have an excuse from a doctor. Am I being targeted because I am taking the necessary steps to keep myself safe?

- Medical is at a disadvantage with the buddy system. I was told by Warden Pauk on July 2nd that I would be effectively PRN (He would see how this would work out) after found guilty of my hearing. You can hire your best friends, children, and get rid of Full time employees to PRN and replace with other family members or friends full time.

@
7 of 9

I have been told or given two directives: Human Resources takes presidence over medical and my supervisor saying Human Resources does not run medical. I'm confused. I don't know who to take directive from. Because either way I go I'm going to always be wrong because we can create documents to assure I'm wrong.

Will I be retaliated upon. Yes. Again you have a Best friend and family along with friends of the best friend to work against you. If one of the ones in the circle brings a charge against me I'm as good as guilty because I'm out numbered. Rules and Regulations are being created to suit the supervisors. Not treating the staff with respect. I'm being targeted and I don't know why no other than it has been said by Mrs. Brown to another nurse at the facility that "When her friend Bell gets here since you all can't follow directions we are going to get rid of everyone and start over. I guess this starts with me.

I was written up for a No call show. Another nurse told me she ~~st~~ (?) told Joan that she was not calling out everyday and she said Joan

told her she would shoot Brown a email. To this day she hasn't been reprimanded. And if she has post this grevance. Now you know why I complained about equality. Selective rules apply to selective people.

I may not be employeed after this grievance but your going to have issues with the relationship of the supervisors.

I was excited Mrs. Brown was given the position as HSA. But she shifted when her bestfriend came on board. I don't know her but she doesn't know how to talk to you as an individual. I have no problem again with being supervised and doing my job to the best of my ability.

Its morally and ethically wrong to change or create policy to throw your weight around to definate the character, build a case and manipulate to build a empire filled with friends and family.

If others would speak out my grievance would seen as unfair. But because their jobs will be threatened they are afraide too.

DW

9 of 9

Thank you for your prompt response to my concerns.

Dawn Wooten LPN
ICDC Ocilla Ga.
229-472-2465(c)
229-472-1046(H)
5070653.dw@gmail.com