# EXHIBIT H

Heather Grigsby Email of July 10, 2020

Fwd: Dawn Wooten--Grievance

Dawn Wooten <5070653.dw@gmail.com>
Tue 12/6/2022 2:58 PM
To: Dana Gold <DanaG@whistleblower.org>;Andrea Meza <AndreaM@whistleblower.org>

2 attachments (34 KB)
image001.png; image001.png;

***Dawn Wooten LPN***
*Giving a voice to the voiceless: One voice at a time.*

---------- Forwarded message ---------
From: **Dawn Wooten** <5070653.dw@gmail.com>
Date: Fri, Jul 10, 2020 at 2:50 PM
Subject: Re: Dawn Wooten--Grievance
To: Heather Grigsby <heather.grigsby@lasallecorrections.com>

Ok. No one will witness in fear of loosing their job. Thank you for all your hard work regarding this matter. I seriously appreciate it. Now this battle belongs to God. He sits high and look low. I wouldn't wish this type of treatment on anyone who single parent children and the primary breadwinner. I pray that the truth will be unveiled regarding ICDC..Again thank you and I do apologize for interrupting your day.

On Fri, Jul 10, 2020, 2:41 PM Heather Grigsby <heather.grigsby@lasallecorrections.com> wrote:

> I've attached our Grievance Policy, as well as our Employee Handbook and Employee Rules of Conduct for your use & reference.
>
> I have forwarded your grievance to our HR Director as well as the Director of Operations for review.
>
> I did look through your grievance, and was unable to find any factual information supported by any documentation, witness statements, or other type of evidence—there is a lot of hearsay included, and unfortunately hearsay is not accepted as evidence.
>
> I encourage you to read through the policies and procedures attached, and to send any and all supporting documentation to the SecureLink tip email.  SecureLink is run by an outside third party trained in business law, and any calls or emails that throw any red flags are forwarded directly to the Director of Operations and Director of HR.

I assure you that your grievance is not being ignored. We simply need time and evidence (documentation, witnesses, names, dates, locations, etc) that is investigatable in order to conduct an investigation.

**Best regards,**
**Heather Grigsby**

Human Resources Coordinator

heather.grigsby@lasallecorrections.com

P: 318.232.1500 extension 117

F: 318.232.1501

1501679857439_PastedImage

This communication is the property of LaSalle Management Company, LLC and may contain confidential or privileged information. Unauthorized use of this communication is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of the communication and any attachments.

---

**From:** 5070653.dw <5070653.dw@gmail.com>
**Sent:** Friday, July 10, 2020 1:27 PM
**To:** Heather Grigsby <heather.grigsby@lasallecorrections.com>
**Subject:** RE: Dawn Wooten

Once reviewed will someone call me. The packet of 19 papers I faxed to you was the grievance. I was made prn and had to call the facility to legitly find that out. What is the time frame for a response? What is policy and procedures? Is this how we treat employees moving forward?

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------

From: Heather Grigsby <heather.grigsby@lasallecorrections.com>

Date: 7/10/20 1:19 PM (GMT-05:00)

To: Dawn Wooten <5070653.dw@gmail.com>

Subject: RE: Dawn Wooten

Good afternoon,

The grievance you turned in locally is being reviewed by upper management, and the letter you sent me has been passed along to the HR Director and the Director of Operations for review.

I would advise you to call the SecureLink hotline (attached) with any further concerns.

**Best regards,**
**Heather Grigsby**

Human Resources Coordinator

heather.grigsby@lasallecorrections.com

P: 318.232.1500 extension 117

F: 318.232.1501

1501679857439_PastedImage

This communication is the property of LaSalle Management Company, LLC and may contain confidential or privileged information. Unauthorized use of this communication is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of the communication and any attachments.

---

**From:** Dawn Wooten <5070653.dw@gmail.com>
**Sent:** Friday, July 10, 2020 11:26 AM
**To:** Heather Grigsby <heather.grigsby@lasallecorrections.com>
**Subject:** Re: Dawn Wooten

Good afternoon Heather.  Is there anyone else I can contact?

On Fri, Jul 3, 2020, 3:54 PM Dawn Wooten <5070653.dw@gmail.com> wrote:

> Please give me a call. I'm employed in Ocilla at Irwin Detention Center. I'm a nurse who is being discriminated upon