# EXHIBIT I

Shift Communications of July 2020

CONFIDENTIAL

Good evening, Dawn. . or clarification, "part-time PRN" is a de..gnation of PRN. PRN defines the type of part-time employment in the LaSalle system.

You have stated you are not available for any of the dates in the most recently presented calendar. In order to provide you as much notice as possible for any of the department's foreseeable needs, I must again request you provide us with a schedule of your availability.

Thank you,
Joan Whitley
HR Manager
LaSalle Corrections
Irwin County Detention Center
jwhitley@irwincdc.com
Ph: 229-468-4121 x243
Fax: 229-468-4186

---

**From:** Dawn Wooten <5070653.dw@gmail.com>
**Sent:** Thursday, July 23, 2020 5:53:09 PM
**To:** Joan Whitley <jwhitley@irwincdc.com>
**Subject:** Re: Schedule

No maam I'm not available the 24th or 25th I responded in regards just as asked, to the text Mrs. Bell sent me:

Nurse Wooten can you please respond to the email by close of business tomorrow so that we can find coverage if you are unable to fulfill schedule in place.

I responded to the second schedule that outweighed the first schedule. You never got back to me to inform me of my status whether PRN or Partime. The last conversation I had with Mrs. Bell she informed me I was PRN based on a conversation that Paulk had with Mrs. Brown, Mrs. Cole and myself along with you in Oct 2019 9mths later in which the opportunity was given for me to be fulltime with which you said there was an opening for and Mrs. Cole said you shouldn't have offered me because all she was offering was PRN. A conversation Mrs. Bell should never had been informed of. She wasn't employed with us at the time.I would have never received any hours until I left you a voicemail Monday morning in regards to not being placed on the schedule if I was part time I would be offered days and placed on the schedule. The next day I was put on the schedule with full time hours and once accepted it was changed the following day at the close of business to a part time job schedule. I need clarity. What's my status PRN or Parttime? I need an answer by the close of business today. This is my right to be informed of as well.

Thank you kindly

Dawn Wooten

On Thu, Jul 23, 2020, 5:05 PM Joan Whitley <jwhitley@irwincdc.com> wrote:

> Good afternoon, Dawn!

Thank you kindly

Dawn Wooten

On Thu, Jul 23, 2020, 12:22 PM Shanise Bell <sbell@irwincdc.com> wrote:

Ms.Wooten please refer back to the originally message that was sent on Tuesday July 21, 2020 at 12:47 pm. It stated the following:

"Good Afternoon Wooten, these are the following days you have been scheduled to work" that was not an offer. Those were the days you were put on the schedule to work. You replied back and stated "Good afternoon Ladies these days are well with me" which is an agreement to work those days. As I previously stated you are down for those days in which you have agreed to work via text message regardless of the schedule change. Those days were your originally days to begin with. With that being said, if you are not going to be here you have to adhere the Employee handbook and call out for each day you are not going to be here.

Respectfully,

*Shanise Bell, BSN RN-CCHP*

LaSalle Management Company, LLC
Irwin County Detention Center
132 Cotton Drive
Ocilla, GA 31774
(229)-468-4121- work
sbell@irwincdc.com

---

**From:** Dawn Wooten <5070653.dw@gmail.com>
**Sent:** Thursday, July 23, 2020 12:15 PM
**To:** Shanise Bell <sbell@irwincdc.com>
**Subject:** Re: Schedule

Mrs. Bell I'm not refusing any hours or days. When the days were sent out on Tuesday that was an offer. Then another totally different offer was sent the close of business the next day. The next offer took presidence over the previous offer. Again I'm not refusing days or hours. I'm unavailable for the second schedule you sent. I'm unaware of the availability you will need in the future. If you have any availability please inform me of your availability needs. If you choose