# EXHIBIT J

September 3, 2020 Availability Correspondence with Shanise Bell

CONFIDENTIAL

**David Paulk**

**From:** Shanise Bell
**Sent:** Wednesday, September 9, 2020 10:14 AM
**To:** David Paulk
**Subject:** Fwd: Days

Get Outlook for iOS

---

**From:** Dawn Wooten <5070653.dw@gmail.com>
**Sent:** Thursday, September 3, 2020 13:12
**To:** Shanise Bell; John Whitty; Ned Miltenberg
**Subject:** Re: Days

On Thu, Sep 3, 2020, 12:51 PM Shanise Bell <sbell@irwincdc.com> wrote:
Thank you, I will let you know. As soon as possible

Get Outlook for iOS

---

**From:** Dawn Wooten <5070653.dw@gmail.com>
**Sent:** Thursday, September 3, 2020 9:57:55 AM
**To:** Shanise Bell <sbell@irwincdc.com>
**Subject:** Days

Goodevening I'm available Oct 13, 16, 20, 23. 8 hour shifts if at all possible.

**David Paulk**

**From:** Shanise Bell
**Sent:** Wednesday, September 9, 2020 10:13 AM
**To:** David Paulk
**Subject:** Fwd: Please ignore my last email

Get Outlook for iOS

---

**From:** Dawn Wooten <5070653.dw@gmail.com>
**Sent:** Thursday, September 3, 2020 2:15:06 PM
**To:** Shanise Bell <sbell@irwincdc.com>
**Subject:** Re: Please ignore my last email

Goodafternoon, I'm sorry but I just got an offer to work on Oct 23. PLease let me know if I can work Oct 13, 16, and 20, -- 8 hour shifts if at all possible. I also might be able to work on Oct 25 or 26.

On Thu, Sep 3, 2020, 9:57 AM Dawn Wooten <5070653.dw@gmail.com> wrote:
Goodevening I'm available Oct 13, 16, 20, 23. 8 hour shifts if at all possible.