# EXHIBIT L

LaSalle Employment Verification Letter dated June 24, 2021

LASALLE CORRECTIONS

192 Bastille Lane, Suite 200 Ruston, LA 71270
Phone: (318) 232-1500 Fax: (318) 232-1501

June 24, 2021

To Whom it May Concern:

Please be advised that Dawn Wooten is currently employed at the Irwin County Detention Center as a Licensed Practical Nurse. She has been employed at the facility since October 7, 2019, and moved to a PRN status effective July 2, 2020.

Kindest Regards,

Jody Tillman

Jody Tillman
Director of Human Resources
LaSalle Management Company