# EXHIBIT N

Counsel's Notice to Warden Paulk and Ryan Horvath, September 8, 2020

GOVERNMENT ACCOUNTABILITY PROJECT

1612 K Street NW, Suite 1100
Washington, DC 20006
202.457.0034 | www.whistleblower.org

PROJECT SOUTH
Institute for the Elimination of Poverty & Genocide
9 Gammon Ave SE Atlanta, GA 30315
projectsouth.org

September 8, 2020

By Email

Ryan V. Horvath
Director of Legal Affairs & Risk Management
LaSalle Corrections
192 Bastille Lane, Suite 200
Ruston, LA 71270
ryan@lasallecorrections.com

David Paulk, Warden
Irwin County Detention Center
132 Cotton Drive
Ocilla, Georgia 31774
dpaulk@irwincdc.com

Re: Notice of Protected Whistleblower Disclosures by LaSalle Nurse Ms. Dawn Wooten

Dear Warden Paulk and Mr. Horvath:

We represent Ms. Dawn Wooten, LPN, currently a LaSalle Corrections nurse employed at the Irwin County Detention Center. Ms. Wooten has filed a whistleblower complaint with the Department of Homeland Security Office of Inspector General. Her complaint alleges violations of laws, rules and regulations, as well as on-going danger to public health and safety, due to mismanagement of COVID-19 issues and other significant matters. She has also shared her concerns with management.

By virtue of her disclosures Ms. Wooten is a protected whistleblower within the meaning of the federal whistleblower laws. Title 41, section 4712 of the U.S. Code specifically applies to federal contractors, like LaSalle. Federal contractors face substantial legal risk when they make personnel decisions adversely affecting employees they know have made protected disclosures to the Office of Inspector General and others.

Please contact us if you have any questions.

Sincerely,

John S. Whitty
JohnW@whistleblower.org, 202.457.0034
Government Accountability Project

Priyanka Bhatt
priyanka@projectsouth.org, 404.622.0602
Project South

Cc: Department of Homeland Security Office of Inspector General