**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

DAWN WOOTEN, :
:
Plaintiff, :
v. : CASE NO.: 7:22-CV-00148 (WLS)
:
LASALLE SOUTHEAST LLC, *et al.* :
:
Defendants. :
:

**ORDER**

Before the Court is Plaintiff's Motion for Leave to File a Limited Surreply (Doc. 141) to the Government's Reply. (Doc. 140). Therein, Plaintiff requests the Court permit her to file a limited surreply brief to the Defendants' Reply brief concerning Defendants' Motion for Summary Judgment. (*Id.*) Plaintiff contends that she desires to file a surreply brief to address an argument raised for the first time in Defendants' Reply. (*Id.*)

Generally, the Court is not inclined to consider arguments raised in a reply, which could have been raised in an earlier filing. Additionally, the Court's discretion in permitting the filing of surreply briefs is often exercised in favor of permitting a surreply only where a valid reason for such additional briefing exists, such as where new arguments were raised in the reply brief. Plaintiff states that such a reason exists here. (Doc. 141). Specifically, she wishes to address arguments concerning the rule permitting later testimony to be disregarded in limited circumstances as laid out in *Furcron v. Mail Centers Plus, LLC*, 843 F.3d 1295, 1306 (11th Cir. 2016), which Defendants raised for the first time in their Reply. (Doc. 140 at 4).

Upon review of Plaintiff's instant Motion (Doc. 141), the Court shall permit Plaintiff to file a limited surreply brief to the Defendants' reply. Thus, Plaintiff's Motion (Doc. 141) is **GRANTED**. Plaintiff shall file her surreply brief by **Wednesday, September 9, 2026**, up to three (3) pages in length. It may include only arguments concerning the rule permitting later testimony to be disregarded in limited circumstances. Any other arguments raised in the surreply will not be properly before the Court in its review of Defendants' Motion for Summary Judgment. Going forward, both Parties are hereby **NOTIFIED** that the Court is

disinclined to consider arguments, first raised in a reply and any additional requests to file a surreply brief on account thereof, barring existence of good cause or valid reason for additional briefing. M.D. Ga. L.R. 7.3.1.(C).

**SO ORDERED**, this 27th day of August 2026.

**/s/W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**